IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MATRICS, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-CV-357 (GMS) ) ) ) ) ) ) ) |

### REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendant Matrics, Inc. ("Matrics") hereby respectfully requests the opportunity to present oral argument in support of its Motion to Dismiss in Part Pursuant to Rule 12(b)(6), Or in the Alternative, to Substitute Symbol Technologies, Inc. as a Party Defendant Under Rule 25(c) (D.I. 31, filed January 25, 2005).

March 8, 2005

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Karen L. Pascale
Andre G. Bouchard (I.D. No. 2504)
Karen L. Pascale (I.D. No. 2903)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Matrics, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I caused a copy of the foregoing **Request for Oral Argument** to be served on the following counsel of record by the method indicated:

### *Via Hand Delivery*

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

### *Via FedEx*

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Karen L. Pascale (#2903)