IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 04-357-GMS |
| MATRICS, INC., a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Intermec's Responses To Matrics' Second Set Of Requests For Production Of Documents And Things were caused to be served on February 28, 2005 upon the following in the manner indicated:

### BY HAND

Karen L. Pascale, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Eric J. Lobenfeld, Esquire
Hogan & Hartson
875 Third Avenue
New York, NY  10022

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/ Rodger D. Smith II
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                rsmith@mnat.com
                 *Attorneys for Plaintiff*
                 *Intermec IP Corp.*

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

March 11, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March 2005, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Karen L. Pascale, Esquire
>Bouchard, Margules & Friedlander
>222 Delaware Avenue
>Suite 1400
>Wilmington, DE  19801

and that I have Federal Expressed the document to the following non-registered participant:

>Eric J. Lobenfeld, Esquire
>Hogan & Hartson
>875 Third Avenue
>New York, NY  10022

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>/s/ Rodger D. Smith II
>Jack B. Blumenfeld (#1014)
>Rodger D. Smith II (#3778)
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com
>   *Attorneys for Plaintiff*
>   *Intermec IP Corp.*