# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

March 15, 2005

**By E-MAIL**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Intermec IP Corp. v. Matrics, Inc.*, C.A. No. 04-357-GMS

Dear Judge Sleet:

On January 25, 2005, defendant Matrics moved to substitute Symbol Technologies as the defendant in this case (D.I. 31). Plaintiff Intermec IP Corp. ("Intermec") hereby withdraws its opposition to that motion. Once Symbol has amended the answer to name itself as the defendant, Intermec intends to file an amended and supplemental complaint. We will ask Symbol to stipulate to the filing of that pleading or, if necessary, file a motion for leave to file that pleading.

Respectfully,

/s/ Jack B. Blumenfeld

JBB/bls

cc:   Dr. Peter T. Dalleo, Clerk (By Hand)
      Karen L. Pascale, Esquire (By Hand)
      Eric J. Lobenfeld, Esquire (By Fax)
      Frederick A. Lorig, Esquire (By Fax)