IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation,<br><br>        Plaintiff-Counter Defendant,<br><br>MATRICS, INC., a Delaware corporation,<br><br>        Defendant-Counterclaimant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-357 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RE-ISSUED SUBPOENA DUCES TECUM
DIRECTED TO INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM)**

PLEASE TAKE NOTICE that Defendant-Counterclaimant Matrics, Inc. will serve the attached re-issued subpoena upon International Business Machines Corporation (IBM), c/o Richard W. Erwine, Esquire, Morgan & Finnegan, L.L.P., 3 World Financial Center, New York, NY 10281-2101.

                                                    BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                                    /s/ Karen L. Pascale
                                               Andre G. Bouchard (I.D. No. 2504)
                                               Karen L. Pascale (I.D. No. 2903)
                                                 [kpascale@bmf-law.com]
                                             222 Delaware Avenue, Suite 1400
                                             Wilmington, Delaware 19801
                                             (302) 573-3500
                                               *Attorneys for Defendant-Counterclaimant Matrics, Inc.*

March 28, 2005

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on March 28, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Subpoena Duces Tecum Directed to International Business Machines Corporation (IBM)*. with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jblumenfeld@mnat.com]

I further certify that on March 28, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>*By FedEx*
>
>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071

>_____/s/ Karen L. Pascale_____
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Defendant-Counterclaimant*
>   *Matrics, Inc.*