**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO

April 6, 2005

***By E-Filing***

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Intermec IP Corp. v. Matrics, Inc.*, C.A. No. 04-357-GMS

Dear Judge Sleet:

On January 25, 2005, Matrics, Inc. filed a Motion to Dismiss in Part Pursuant to Rule 12(b)(6), or in the Alternative, to Substitute Symbol Technologies, Inc. as a Party Defendant Under Rule 25(c). (D.I. 31). By letter to the Court dated March 15, 2005, Intermec withdrew its previously stated opposition to the substitution of Symbol as the defendant in this case and consented to the filing of an amended answer by Symbol. (D.I. 47) (copy attached). In accordance with Intermec's March 15 letter, Symbol is filing today an Amended Answer and Counterclaims pursuant to Fed. R. Civ. P. 15(a).

Given that Intermec has now consented to the substitution of Symbol for Matrics, we believe that an Order should be entered to reflect the substitution and to require that all future filings in this action be made utilizing a new caption. In view of the fact that the Rule 12(b)(6) aspect of Symbol's January 25, 2005 motion became moot when Intermec consented to the substitution of Symbol, we attempted to work out with Intermec the terms of a revised Order to reflect the granting of Symbol's motion, but we were unable to do so. We respectfully request, therefore, that an Order in the form submitted herewith be entered at this time to Court to reflect the substitution of Symbol for Matrics and to require that all future filings in this action be made utilizing a new caption.

If Your Honor has any questions concerning this matter, we are available at the Court's convenience.

Respectfully submitted,

*Karen L. Pascale*

Karen L. Pascale
I.D. No. 2903
[kpascale@bmf-law.com]

The Honorable Gregory M. Sleet
April 6, 2005
Page 2


Attachments:  1. Copy of D.I. 47
                2. Proposed form of Order

cc:    Jack B. Blumenfeld, Esquire (by hand) (with attachments)
       Frederick A. Lorig, Esquire (pdf copy by e-mail) (with attachments)
       Eric J. Lobenfeld, Esquire (pdf copy by e-mail) (with attachments)