## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands trial by jury of all issues triable of right by a jury.

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        */s/ Rodger D. Smith II*

                        Jack B. Blumenfeld (#1014)
                        Rodger D. Smith II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                         Attorneys for Plaintiff Intermec IP Corp.

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071

April 20, 2005

456599