IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation,<br><br>        Plaintiff-Counter Defendant,<br><br>SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Defendant-Counterclaimant. | Civil Action No. 04-CV-357 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

**Defendant Symbol Technologies, Inc.'s Supplemental Responses to Intermec's First Set of Interrogatories**;

were served on April 22, 2005, on the following counsel of record in the manner indicated below:

*Via E-mail and FedEx*

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
[jblumenfeld@mnat.com]

Frederick A. Lorig, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
[florig@brightlorig.com]

BOUCHARD MARGULES & FRIEDLANDER, P.A.

    /s/ Karen L. Pascale
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant-Counterclaimant*
  *Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

April 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jblumenfeld@mnat.com]

I further certify that on April 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>*By E-mail*
>
>Frederick A. Lorig, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071
>[florig@brightlorig.com]

>          /s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Defendant-Counterclaimant*
>   *Symbol Technologies, Inc.*