IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATRICS, INC., a Delaware corporation, )<br>)<br>Defendant. ) | Civil Action No. 04-CV-357 (GMS) |

## [PROPOSED] ORDER

WHEREAS, on January 25, 2005, Matrics filed a Motion to Dismiss in Part Pursuant to Rule 12(b)(6), or in the Alternative, to Substitute Symbol Technologies, Inc. as a Party Defendant Under Rule 25(c) (D.I. 31);

WHEREAS, on March 15, 2005, Intermec withdrew its opposition to the substitution of Symbol Technologies, Inc. as the defendant in this action (D.I. 47); and

WHEREAS, on April 6, 2005, Symbol Technologies, Inc. filed an Amended Answer and Counterclaims pursuant to Fed. R. Civ. P. 15(a), by written consent of the adverse party;

IT IS HEREBY ORDERED THAT:

1. Symbol Technologies, Inc. is hereby substituted for Matrics, Inc. as the named Defendant-Counterclaimant in this action.

2. All future filings in this action shall be made utilizing the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br> Plaintiff-Counter Defendant, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant-Counterclaimant. | ) ) ) ) ) ) ) Civil Action No. 04-CV-357 (GMS) ) ) ) ) ) ) |

Dated: April 25, 2005

_____
UNITED STATES DISTRICT JUDGE