IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-CV-357 (GMS) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that paragraph 7(h) of the Stipulated Protective Order entered on March 1, 2005 (D.I. 40) is amended to add the following outside counsel of record for plaintiff Intermec:

> Freeborn & Peters
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL  60606

and the following outside counsel of record for defendant Symbol:

> Sterne Kessler Goldstein & Fox
> 1100 New York Avenue, N.W.
> Washington, DC 20005

| MORRIS, NICHOLS, ARSHT & TUNNELL | BOUCHARD, MARGULES & FRIEDLANDER, P.A. |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Karen L. Pascale |
| Jack B. Blumenfeld (#1014) <br>   [jblumenfeld @ mnat.com] <br> Rodger D. Smith II (#3378) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street <br> Post Office Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br>   *Attorneys for Plaintiff-Counter Defendant Intermec IP Corp.* | Andre G. Bouchard (#2504) <br> Karen L. Pascale (#2903) <br>   [kpascale@bmf-law.com] <br> 222 Delaware Avenue <br> Suite 1400 <br> Wilmington, DE  19801 <br> (302) 573-3500 <br>   *Attorneys for Defendant-Counterclaimant Symbol Technologies, Inc.* |

\\\NY - 21107/0018 - 893501 v1

IT IS SO ORDERED this _____ day of _____ 2005.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on May 16, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Stipulation and Order* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jblumenfeld@mnat.com]

I further certify that on May 16, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>*By FedEx*
>
>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071
>
>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL 60606

>_/s/ Karen L. Pascale_
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>    *Attorneys for Defendant, Symbol Technologies, Inc.*