IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP.,                          )
                                            )
                    Plaintiff,              )      C. A. No. 04-357 (GMS)
                                            )
        v.                                  )
                                            )
SYMBOL TECHNOLOGIES, INC.,                  )
                                            )
                    Defendant.              )

**REVISED NOTICE OF SERVICE OF SUBPOENAS
(THE CARLYLE GROUP, NOVAK BIDDLE VENTURE PARTNERS,
POLARIS VENTURE PARTNERS and VENTUREHOUSE GROUP)**

    PLEASE TAKE NOTICE that Plaintiff Intermec IP Corp. will serve the attached

subpoenas on the following:

|  | Exhibit |
|---|---|
| The Carlyle Group<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2505 | A |
| Novak Biddle Venture Partners<br>7501 Wisconsin Avenue<br>East Tower, Suite 1380<br>Bethesda, MD  20814 | B |
| Polaris Venture Partners<br>1000 Winter Street<br>Suite 3350<br>Waltham, MA  02451 | C |
| Venturehouse Group<br>509 Seventh Street, N.W.<br>Washington, DC  20004 | D |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff Intermec IP Corp.*

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606-6677
(312) 360-6000

June 6, 2005
468235

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2005, I caused to be electronically filed Revised Notice Of Service Of Subpoenas (Novak Biddle Venture Partners, Polaris Venture Partners, Venturehouse Group and The Carlyle Group) with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801

I also certify that copies were caused to be served on June 6, 2005 upon the following in the manner indicated:

> **BY HAND**
> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801
>
> **BY FEDERAL EXPRESS**
> Eric J. Lobenfeld, Esquire
> Hogan & Hartson
> 875 Third Avenue
> New York, NY  10022

*/s/ Rodger D. Smith II*

Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com