IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff-Counter Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-357 (GMS) |
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant-Counterclaimant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

**Defendant Symbol's Responses to Intermec's Second Set of Interrogatories (Nos. 15-20)**; and

**Defendant Symbol's Responses to Intermec's Second Set of Requests for the Production of Documents and Things**;

were served on July 1, 2005, on the following counsel of record in the manner indicated below:

*Via E-mail and Hand Delivery*

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
[jblumenfeld@mnat.com]
[rsmith@mnat.com]

*Via E-mail and FedEx*

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
[florig@brightlorig.com]
[bzisser@brightlorig.com]

                    Carson Veach, Esquire
                    Leland W. Hutchinson, Jr., Esquire
                    Jennifer Fitzgerald, Esquire
                    FREEBORN & PETERS LLP
                    311 South Wacker Driver
                    Suite 3000
                    Chicago, IL 60606
                    [cveach@freebornpeters.com]
                    [lhutchinson@freebornpeters.com]
                    [jfitzgerald@freebornpeters.com]

                    BOUCHARD MARGULES & FRIEDLANDER, P.A.

July 1, 2005                /s/ Karen L. Pascale
                    Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
                    Karen L. Pascale (#2903) [kpascale@bmf-law.com]
                    222 Delaware Avenue, Suite 1400
                    Wilmington, Delaware 19801
                    (302) 573-3500
                      *Attorneys for Defendant-Counterclaimant*
                      *Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
>Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on July 1, 2005, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>***By E-mail and FedEx***
>
>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA  90071
>[florig@brightlorig.com]
>[bzisser@brightlorig.com]
>
>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Driver
>Suite 3000
>Chicago, IL 60606
>[cveach@freebornpeters.com]
>[lhutchinson@freebornpeters.com]
>[jfitzgerald@freebornpeters.com]

>_____/s/ Karen L. Pascale_____
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Defendant-Counterclaimant*
>   *Symbol Technologies, Inc.*