IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br> Plaintiff-Counter Defendant, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant-Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-CV-357 (GMS)

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

**Defendant Symbol Technologies, Inc.'s Third Set of Requests for the Production of Documents and Things to Intermec IP Corp.;**

were served on July 8, 2005, on the following counsel of record in the manner indicated below:

### By Hand Delivery

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

### By FedEx

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Driver
Suite 3000
Chicago, IL 60606

|  |  |
|---|---|
|  | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| July 11, 2005 | _____/s/ Karen L. Pascale_____<br>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]<br>Karen L. Pascale (#2903) [kpascale@bmf-law.com]<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 573-3500<br>  *Attorneys for Defendant-Counterclaimant*<br>  *Symbol Technologies, Inc.* |

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
> Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801

I further certify that on July 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By FedEx*

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Driver
Suite 3000
Chicago, IL 60606

>        /s/ Karen L. Pascale
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> Karen L. Pascale (#2903) [kpascale@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
>   *Attorneys for Defendant-Counterclaimant*
>   *Symbol Technologies, Inc.*