# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

RODGER D. SMITH
302 575 7205
302 498 6209 Fax
rsmith@mnat.com

July 18, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: Intermec v. Symbol; C.A. No. 04-357-GMS

Dear Judge Sleet:

Pursuant to paragraph 4 of the Court's February 8, 2005 Scheduling Order (D.I. 26), attached as Exhibit A is the parties' final joint claim chart.

Respectfully,

Rodger D. Smith (#3778)
rsmith@mnat.com

Enclosure

cc: Dr. Peter T. Dalleo, Clerk (By Hand; w/encl.)
Karen L. Pascale, Esquire (By Hand; w/encl.)
Eric J. Lobenfeld, Esquire (By Facsimile; w/encl.)
Frederick A. Lorig, Esquire (By Facsimile; w/encl.)
Carson Veach, Esquire (By Facsimile; w/encl.)

474670