IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYMBOL TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-357-GMS |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the defendant-counterclaimant, Symbol Technologies, Inc., in this matter:

> Jaasi J. Munanka
> HOGAN & HARTSON L.L.P.
> 555 Thirteenth Street, NW
> Washington, DC 20024
> Tel: (202) 637-5469
> Fax: (202) 637-5910
> E-mail: JJMunanka@HHLAW.com

> BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
> By: /s/ Karen L. Pascale
> Andre G. Bouchard (I.D. No. 2504)
> Karen L. Pascale (I.D. No. 2903)
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware
> Telephone: (302) 573-3500
> [abouchard@bmf-law.com]
> [kpascale@bmf-law.com]

Dated: July 25, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this _____ day of _____, 2005, that counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

> Jaasi J. Munanka
> HOGAN & HARTSON L.L.P.
> 555 Thirteenth Street, NW
> Washington, DC 20024
> Tel: (202) 637-5469
> Fax: (202) 637-5910
> E-mail: JJMunanka@HHLAW.com

Dated: July 21, 2005

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on July 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
>Rodger Dallery Smith, II, Esquire [rdsefiling@mnat.com]
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on July 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By FedEx*

>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071

>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL 60606

>/s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>  *Attorneys for Defendant-Counterclaimant,*
>  *Symbol Technologies, Inc.*