IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br>Plaintiff, <br><br>v. <br><br>SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br>Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-357 (GMS) ) ) ) ) ) ) |

**APPENDIX OF EXHIBITS IN
SUPPORT OF SYMBOL'S CLAIM CONSTRUCTION**

                                          BOUCHARD MARGULES & FRIEDLANDER, P.A.
                                          Andre G. Bouchard (I.D. No. 2504)
                                          [abouchard@bmf-law.com]
                                          Karen L. Pascale (I.D. No. 2903)
                                          [kpascale@bmf-law.com]
                                          222 Delaware Avenue, Suite 1400
                                          Wilmington, Delaware 19801
                                          (302) 573-3500
                                            *Attorneys for Defendant*
                                            *Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

July 25, 2005

# TABLE OF CONTENTS

Joint Claim Construction Chart in C.A. No. 04-357-GMS
    (Document 67, filed 07/18/2005) ............................................................................ Tab 1

*Phillips v. AWH Corp.*, No. 03-1269, 03-1286, 2005 WL 1620331
    (Fed. Cir. July 12, 2005) ......................................................................................... Tab 2

United States Patent No. 5,528,222 (Moskowitz, et al.) ............................................... Tab 3

Prosecution File History – United States Patent No. 5,528,222 ................................... Tab 4

United States Patent No. 5,995,019 (Chieu, et al.) ....................................................... Tab 5

Prosecution File History – United States Patent No. 5,995,019 ................................... Tab 6

United States Patent No. 5,673,037 (Cesar, et al.) ........................................................ Tab 7

United States Patent No. 5,912,632 (Dieska, et al.) ...................................................... Tab 8