PRINT OF DRAWINGS
AS ORIGINAL FILED

1100

08 303977



1120

1140

1130

Figure 11

PRINT OF DRAWINGS
AS ORIGINALLY FILED

00 303977



Figure 12

PRINT OF DR    NGS
AS ORIGINAL    FILED

DB 303977

_ 1300



1310

1320

Figure 13

# TAB
# 2

"EXPRESS MAIL" LABEL TB689860116
DA   DEPOSIT: September 9, 1994

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION OF: PAUL A. MOSKOWITZ ET AL )    Docket No. YO994-180

Serial No.: 303977                       )
                                         )
Filed:   HEREWITH                        )
                                         )
FOR:   RADIO FREQUENCY IDENTIFICATION    )    Dated: September 9, 1994
       TAG                               )
------------------------------------------

## Information Disclosure Statement
### Under 37 C.F.R. 1.97-1.98

The Commissioner of Patents and Trademarks
Washington, D.C.   20231

Dear Sir:


Consonant, with the duty to disclose information material to

patentability set forth in 37 C.F.R. 1.56, enclosed herewith is a

completed form PTO-1449 and copies of each of the references cited

therein.

                          Respectfully submitted,

                          Louis J. Percello
                          Reg. No. 33,206
                          (914) 945-3145

IBM Corporation
Intellectual Property Law
P.O. Box 218
Yorktown Heights, N.Y.   10598

"EXPRESS MAIL" LABEL TB689860116
DATE OF DEPOSIT: September 9, 1994

MAIL ROOM
32
SEP
9
1994
PAT & TRADE MARK OFFICE

**Sheet 1 of 1**

Form PTO-1449

U.S. Department of Commerce
Patent and Trademark Office

| Attorney's Docket Number | Serial Number |
|---|---|
| YO994-180 | 08/303 977 |

## INFORMATION DISCLOSURE CITATION

Applicant

**PAUL A. MOSKOWITZ ET AL**

| Filing Date | Group Art Unit |
|---|---|
| Herewith | 2617 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| MM | 4 8 1 8 9 7 3 | 09/1989 | Yamakawa et al | 340 | 572 | |
| MM | 5 0 1 4 0 4 0 | 05/1991 | Weaver et al | 340 | 572 | |
| MM | 4 6 7 4 1 7 5 | 06/1987 | Stampfli | 437 | 209 | |
| MM | 5 2 5 7 0 1 1 | 10/1993 | Beigel | 340 | 572 | |
| MM | 4 8 5 7 8 9 3 | 08/1989 | Carroll | 340 | 572 | |
| MM | 4 0 0 9 3 7 5 | 02/1977 | White et al | 364 | 436 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| MM | 0 5 9 5 5 4 9 | 05/1994 | European | — | — | — | — |
| MM | 2 1 7 3 8 8 8 | 07/1990 | Japan | — | — | | X |
| MM | 5 2 6 6 2 6 8 | 10/1993 | Japan | — | — | | X |
| MM | 4 3 1 9 8 7 8 | 12/1993 | Germany | — | — | - | X |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | |
| | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| Swann | 04/04/94 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP §609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication.

# TAB
# 3



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/303,977 | 09/09/94 | MOSKOWITZ | | P    Y0994180 |

| EXAMINER |
|---|
| SWANN III, G |

LOUIS J PERCELLO          E6M1/0413
INTELLECTUAL PROPERTY LAW DEPARTMENT
IBM CORPORATION
P O BOX 218
YORKTOWN HEIGHTS NY 10598

| ART UNIT | PAPER NUMBER |
|---|---|
| 2617 | 3 |

DATE MAILED:    04/13/95

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.    2. ☑ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474..    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims _1-29_ are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _5-6, 12, 14-16, 20-23, 28_ are rejected.

5. ☑ Claims _1-29_ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☑ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____. has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

Serial Number: 08/303,977                                        -2-

Art Unit: 2617

1.   Claims 5-6, 12, 14-16, 20-23, & 28 are rejected under 35

     U.S.C. § 112, second paragraph, as being indefinite for

     failing to particularly point out and distinctly claim the

     subject matter which applicant regards as the invention.

     Claim 5 is indefinite since it is clear that the <u>lines</u> are

     not bonding types as recited. It seems --bonded to the chip

     connectors-- should be inserted after "are" in line 1.  In

     claim 6, lines 1-2, "into with the chip is placed" is not

     understood. It seems "with" should read --which--.  As

     regards claim 12, there is no support in the specification

     for lamination on one side only of the circuit.  In claim

     14, there is no antecedent basis in the claim for "the outer

     layer" (line 1) and there is no antecedent basis in the

     specification for "mylar" or "polyimide" (line 2).  In claim

     15, there is no antecedent basis in the specification for

     "phenolic butyral" or "silicone adhesive" in line 2.  In

     line 2, "etc." renders the claim vague and indefinite.  In

     claim 16, there is no antecedent basis in the specification

     for "half-wave dipole" (line 2) or "loop" (line 3).  In

     claim 20, line 3, "on" should read --one-- and there is no

     antecedent basis in the specification for "substrate ...

     less than ... (5 mils)" in lines 3-4 or "circuit ... less

     ... (20 mils)" in lines 4-5.  Claims 21-23 depend from claim

     20.  In claim 28, line 1, "ISO" is not understood.

Serial Number: 08/303,977                                    -3-

Art Unit: 2617

2.    Claims 1-25 & 27-29 are objected to because of the following
      informalities:  In lines 8-9 of claim 1, "(coplanar ...
      elements)" must be deleted.  In line 1 of claims 2-9, 12-16,
      18-25, 27, & 29 and in lines 1 & 3 of claim 17, "where"
      should read --wherein--.  In claim 27, line 1, --that--
      should be inserted before "is."  Appropriate correction is
      required.

3.    Claim 26 would be allowable if rewritten to overcome the
      rejection under 35 U.S.C. § 112 and to include all of the
      limitations of the base claim and any intervening claims.

4.    The drawings are objected to because:  In Figs. 2 & 3,
      brackets are needed to tie the parts of the drawing
      together.  In Fig. 7D, "741" should read --744--.
      Correction is required.

5.    The drawings are objected to as failing to comply with 37
      CFR § 1.84(f) which states, "The same character must never
      be used to designate different parts."  However, "1000" has
      been used to designate both the overall embodiment and the
      ticket in Fig. 10.  Correction is required.

Serial Number: 08/303,977                    -4-

Art Unit: 2617

6.    The drawings are objected to because Figure 8 fails to
comply with 37 CFR § 1.84(i), which states: "Modified forms
of construction can only be shown in separate figures".
Correction is required.

7.    The specification is objected to because it does not include
certain reference signs shown in the drawings.  37 CFR §
1.84(f) states, "Reference signs not mentioned in the
description shall not appear in the drawing and vice versa."
The following reference signs are not mentioned in the
description:  "1000" (Fig. 10), "1100" (Fig. 11), "1200"
(Fig. 12), and "1300" (Fig. 13).  Correction is required.

8.    The disclosure is objected to because of the following
informalities: On page 3, line 3, "ISO" is not understood.
On page 5, line 19, "vias" is not understood.  On page 6,
lines 13-14, "In a still more embodiment" is not understood.
In lines 31 & 34, the reference to "contacts ... on the
flexible substrate" does not seem to agree with the drawing.
In line 40, "at" (first instance) should be deleted.  On
page 7, line 21, --(tape automated bonding)-- should be
inserted after "TAB."  On page 9, line 25, "The allow"
should read --This allows--.  Appropriate correction is
required.

Serial Number: 08/303,977                                      -5-

Art Unit: 2617


9.    The Abstract of the Disclosure is objected to because in

      line 1, "The ... a" should be deleted and replaced by --A--

      and in lines 1-2, "that comprises" should read --consists

      of--.  Correction is required.  See M.P.E.P. § 608.01(b).


10.   The prior art made of record and not relied upon is

      considered pertinent to applicant's disclosure.  Riccitelli

      and Lee disclose electronic logic circuitry on cards.


11.   Any inquiry concerning this communication or earlier
      communications from the examiner should be directed to
      Glen Swann whose telephone number is (703) 305-4384.
      The examiner can normally be reached on Monday -
      Thursday from 7:30 AM to 5:00 PM.  The examiner can
      also be reached on alternate Fridays.

      If attempts to reach the examiner by telephone are
      unsuccessful, the examiner's supervisor, John Peng, can
      be reached on (703) 305-4392.

      A Fax is available at (703) 305-9508 FOR FILING GROUP
      2600 PAPERS ONLY.

      Any inquiry of a general nature or relating to the
      status of this application should be directed to the
      Group receptionist whose telephone number is (703) 305-
      8576.

                                    GLEN SWANN
                                  · PRIMARY EXAMINER
                                    GROUP 2600

      SWANN:grs
      April 6, 1995

Form PTO 948 (Rev. 10-93)          U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office          Application No. 30 3977 

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) __9/9/94__, are
A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. _✗_ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _✗_ Not black solid lines. Fig(s) __1-13.__
   ____ Color drawings are not acceptable until petition is granted.

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.

3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure.
        Fig(s)_____
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis.
        Fig(s)_____
   ____ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____

4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable.
        Sheet(s)_____
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds not allowed. Sheet(s)_____

5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable paper sizes:
   ____ 21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   ____ 21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   ____ 21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   ____ 21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)_____
   ____ Drawing sheet not an acceptable size. Sheet(s)_____

6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| | 21.6 cm. X 35.6 cm. ( 8 1/2 X 14 inches) | 21.6 cm X 33.1 cm. (8 1/2 X 13 inches) | 21 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21 cm. X 29.7 cm. (DIN Size A4) |
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)_____
   ____Top (T) ____ Left (L) ____Right (R) ____Bottom (B)

7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)_____
   ____ Views connected by projection lines. Fig(s)_____
   ____ Views contain center lines. Fig(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   ____ Separate sheets not linked edge to edge.
        Fig(s)_____
   ____ View and enlarged view not labeled separately.
        Fig(s)_____
   ____ Long view relationship between different parts not clear and unambiguous. 37 CFR 1.84(h)(2)(ii)
        Fig(s)_____
   Sectional views. 37 CFR 1.84(h)(3)
   ____ Hatching not indicated for sectional portions of an object.
        Fig(s)_____
   ____ Hatching of regularly spaced oblique parallel lines not spaced sufficiently. Fig(s)_____
   ____ Hatching not at substantial angle to surrounding axes or principal lines. Fig(s)_____
   ____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes.
        Fig(s)_____
   ____ Hatching of juxtaposed different elements not angled in a different way. Fig(s)_____
   Alternate position. 37 CFR 1.84(h)(4)
   ____ A separate view required for a moved position.
        Fig(s)_____

Modified forms. 37 CFR 1.84(h)(5)
   ____ Modified forms of construction must be shown in separate views.
        Fig(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ View placed upon another view or within outline of another.
        Fig(s)_____
   ____ Words do not appear in a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____

9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
        Fig(s)_____
   ____ Indication such as "actual size" or "scale 1/2" not permitted.
        Fig(s)_____
   ____ Elements of same view not in proportion to each other.
        Fig(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   _✗_ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings).
        Fig(s) __1-13.__

11. SHADING. 37 CFR 1.84(m)
   ____ Shading used for other than shape of spherical, cylindrical, and conical elements of an object, or for flat parts.
        Fig(s)_____
   ____ Solid black shading areas not permitted.
        Fig(s)_____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
   ____ Numbers and reference characters used in conjuction with brackets, inverted commas, or enclosed within outlines.
        37 CFR 1.84(p)(l) Fig(s)_____
   ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
   ____ English alphabet not used. 37 CFR 1.84(p)(2)
        Fig(s)_____
   ____ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
        Fig(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
   ____ Lead lines cross each other. Fig(s)_____
   ____ Lead lines missing. Fig(s)_____
   ____ Lead lines not as short as possible. Fig(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ____ Number appears in top margin. Fig(s)_____
   ____ Number not larger than reference characters.
        Fig(s)_____
   ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____

15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
   ____ View numbers not preceded by the abbreviation Fig.
        Fig(s)_____
   ____ Single view contains a view number and the abbreviation Fig.
        Fig(s)_____
   ____ Numbers not larger than reference characters.
        Fig(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
   ____ Corrections not durable and permanent. Fig(s)_____

17. DESIGN DRAWING. 37 CFR 1.152
   ____ Surface shading shown not appropriate. Fig(s)_____
   ____ Solid black shading not used for color contrast.

ATTACHMENT TO PAPER NO. __3__          REVIEWER __a. Dan__          DATE __10/20/94__

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART NU       RD CARBON

| FORM PTO-892 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | SERIAL NO. 08/ *1303977* | GROUP ART UNIT *2617* | ATTACHMENT TO PAPER NUMBER | *3* |
|---|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | *4-11-95* | APPLICANT(S) *MOSKOWITZ ET AL* | | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | *3 9 3 4 1 2 7* | *01-1976* | *RICCITELLI* | *340* | *825.34* | |
| | B | *5 2 0 4 6 6 3* | *04-1993* | *LEE* | *340* | *825.3* | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER *SWANN* | DATE *04-06-95* | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

MAIL ROOM
SEP
18    74
1995
PAT. & TRADEMARK

In re Application of: Moskowitz et al

Serial No.: 08/303,977

Filed: September 9, 1994

For: RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

THE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

Sir:

Transmitted herewith is an Amendment in the above-identified application.

[X] No additional fee is required.
[ ] The fee has been calculated as shown below:

| (COL. 1) | | (COL. 2) | (COL. 3) | | |
|---|---|---|---|---|---|
| CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE |
| * TOTAL   29 | MINUS | ** 29 | = 0 | X $22.00 | $ 0.00 |
| * INDEP.  18 | MINUS | *** 18 | = 0 | X $76.00 | $ 0.00 |
| [ ] 1ST PRESENTATION OF MULTIPLE DEP. CLAIM | | | +$240.00 | | $ |
| | | | | TOTAL | $ 0.00 |

* If the entry in COL. 1 is less than the entry in COL. 2, write "0" in Col. 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in COL. 1 of a prior amendment or the number of claims originally filed.

[ ] Please charge my Deposit Account No. 09-0468 in the amount of $_____.
    A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

[X] The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 09-0468.
    A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

    [X] Any additional fees required under 37 CFR 1.16 for the presentation of extra claims.

    [X] Any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

By: _Louis J. Percello_
    Attorney: Louis J. Percello
    Reg. No.  33,206
    Telephone No.  (914) 945-3145

DOCKET NO: YO994-180

IBM CORPORATION
INTELLECTUAL PROPERTY LAW DEPT.
P.O. Box 218
Yorktown Heights, New York 10598



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re application of: Moskowitz et al

Serial No: 08/303,977                    Group No. 2617

Filed:  September 9, 1994               Examiner: G. Swann

For:  RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

Commissioner of Patents and Trademarks
Washington, D.C. 20231


### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)


I hereby certify that the attached correspondence comprising:

    Amendment Transmittal Sheet (original and one copy)
    Petition and Fee for Extension of Time
    Amendment Under 37 C.F.R. 1.111
    Nine Sheets Drawings (with corrections marked in red ink)
    Form PTO-1449 with references
    Information Disclosure Statement
    Return Postcard


is being deposited with the United States Postal Service as first class mail in an
envelope addressed to:

                    Commissioner of Patents and Trademarks
                            Washington, D.C. 20231

on ___September 13, 1995___


                            Barbara Pitrello-Rasa
                            (Type or print name of person mailing paper)

                            *Barbara Pitrello Rasa*
                            (Signature of person mailing paper)


DOCKET NO. _YO994-180_

# TAB
# 4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re application of: Moskowitz et al

Serial No.: 08/303,977                          Group Art Unit: 2617

Filed: September 9, 1994                         Examiner: G. Swann

For: RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## PETITION AND FEE FOR EXTENSION OF TIME (37 CFR 1.136(a))

1.  This is a petition for an extension of time to respond to the Office Letter
    mailed on ___April 13, 1995___ for a period of ___Two (2)___ months.

2.  Applicant is other than a small entity.

3.  Extension:

| (months) | Fee for other than small entity |
|----------|---------------------------------|
| [ ] one month | $   110.00 |
| [X] two months | $   370.00 |
| [ ] three months | $   870.00 |
| [ ] four months | $  1320.00 |
| Fee: | $   370.00 |

4.  An amendment

    [X] is filed herewith

    [ ] has been filed

5.  Fee payment

    [X] Charge fee to Deposit Account No. 09-0468 and for any additional extension
        fee required or credit any excess fee paid.
        A DUPLICATE OF THIS PETITION IS ATTACHED.

                                    Respectfully submitted,

                                    By: _Louis J. Percello_
                                    Attorney: Louis J. Percello
                                    Reg. No.: 33,206
                                    Telephone No.: (914) 945-3145

Docket No.: _YO994-180_

IBM Corporation
Intellectual Property Law Department
P.O. Box 218
Yorktown Heights, New York 10598

MAIL ROOM
SEP
18
1995
PAT. & TRADEMARK
74

330 BA 09-0468 10/05/95 08303977
33012  116        370.00CH

# TAB
# 5

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Moskowitz et al.

Serial No.: 08/303,977

Filed: September 9, 1994

Date: September 13, 1995

Group Art Unit: 2617

Examiner: G. Swann

For: RADIO FREQUENCY CIRCUIT AND
MEMORY IN THIN FLEXIBLE PACKAGE

The Commissioner of Patents and Trademarks
Washington, D.C.  20231

### AMENDMENT UNDER 37 C.F.R. 1.111

Sir:

In response to the Office Action mailed April 13, 1995, the Applicants respectfully
request that their application for letters patent be amended as follows:

### IN THE SPECIFICATION

On page 3, line 3, replace "ISO" with -- International Organization for Standardization
(ISO) --.

YO994-180

- 1 -

Serial No. 08/303,977

In the Brief Description of the Drawings section, insert after the description of Figure 8 the following: --Figure 8A shows a thin tag enclosed in a parcel membrane or in the wall of an envelop.--

On page 5, line 19, replace "vias" with --vias (between-plane connectors through a dielectric layer)--.

On page 5, line 36 before "the bonding structures" insert --the substrate 220 is less than 125 microns (5 mils) in thickness;--.

On page 6, line 8 after "polyethylene" insert --, polyester, mylar, and polyimide.--

On page 6, lines 13-14, replace "In a still more embodiment" with --In a still more preferred embodiment--.

On page 6, line 15 after "EVA" insert --, phenolic butyral, or silicone adhesive--.

On page 6, line 16 after "polymeric material" insert --(such as polyester, mylar, polyimide, and polyethylene)--

On page 6, lines 29-31 replace "The chip 410 is bonded to contacts 425 on the flexible substrate 420 which are connected to a dipole antenna 430 contained on the substrate." with --The chip 410 has contacts 425 which are connected to a antenna 430 contained on the substrate.--

Serial No. 08/303,977

On page 6, line 32-34 replace "The chip 510 placed in the window 550 is bonded to contacts 525 on the flexible substrate 520 which are connected to more than one folded dipole antenna 530 and 531 contained on the substrate." with -- "The chip 510 placed in the window 550 has contacts 525 which are connected to more than one folded dipole antenna 530 and 531 contained on the substrate."

On page 6, line 40, replace "at by leads" to --by leads--.

On page 7, line 21, insert --(tape automated boding)-- after "TAB".

On page 9, line 25, replace "The allow" with --This allows--.

IN THE ABSTRACT

Per item 9 of the Office Action, change the first two lines of the Abstract to read: -- A novel thin and flexible radio frequency (RF) tag has a semiconductor circuit with logic, memory, and radio frequency--

IN THE DRAWINGS

In Figure 1 replace "Figigue 1A" with --Figure 1A--.

YO994-180                    - 3 -

Serial No. 08/303,977

Per item 4 of the Office Action, add brackets to Figure 2 to tie the parts of the drawing together.

Per item 4 of the Office Action, add brackets to Figure 3 to tie the parts of the drawing together.

Per item 4 of the Office Action, in Figure 7D replace "741" with --744--.

Per item 6 of the Office Action, separate Figure 8 into Figure 8 and Figure 8A so that the modified forms of construction are shown in separate figures.

Per items 5 and 7 of the Office Action, delete two occurrences of "1000" in Figure 10.

Per item 7 of the Office Action, delete "1100" in Figure 11.

Per item 7 of the Office Action, delete "1200" in Figure 12.

Per item 7 of the Office Action, delete "1300" in Figure 13.

IN THE CLAIMS

1. A thin flexible electronic radio frequency tag circuit comprising;

a. an insulating, flexible substrate;

b. an antenna that is an integral part of the substrate and that has terminals;

YO994-180                          - 4 -

Serial No. 08/303,977

c. a circuit chip having a modulator circuit, a logic circuit, a memory circuit, and chip connectors and being on the substrate in adjacent proximity to the antenna;

d. one or more connecting lines between the antenna terminals and the chip connectors, the connecting lines being coplanar with the antenna and antenna terminals. [(coplanar means no vias, crossovers, etc. single plane of wiring.  Adjacent means no stacking of elements.)]

2. A circuit, as in claim 1, [where] wherein the substrate is organic.

3. A circuit, as in claim 2, [where] wherein the substrate is polyimide.

4. A circuit, as in claim 2, [where] wherein the substrate is polyester.

5. A circuit, as in claim 1, [where] wherein the connecting lines are bonded to the chip connectors using any of the bonding types including thermal compression, single point bonding, C4 bonding, and conductive adhesive.

6. A circuit, as in claim 1, [where] wherein the substrate has an aperture into [with] which the chip is placed.

7. A circuit, as in claim 1, [where] wherein the chip is covered by an encapsulant.

8. A circuit, as in claim 7, [where] wherein the encapsulant is opaque.

YO994-180                                    - 5 -

Serial No. 08/303,977

9. A circuit, as in claim 7, [where] wherein an organic cover surrounds the chip, the encapsulant, the substrate, and the antenna.

14. A circuit, as in claim 10, [where] wherein the circuit is laminated on one side.

15. A circuit, as in claim 11, [where] wherein the circuit is laminated on two sides.

16. A circuit, as in claim 9, [where] wherein the [outer layer] organic cover is one of the materials including polyester, mylar, polyimide, and polyethylene.

13. A circuit, as in claim 12, [where] wherein the adhesive is one of the materials including ethyl vinyl acetate (EVA), phenolic butyral, and silicone adhesive[ etc].

18. A circuit, as in claim 1, [where] wherein the antenna is a resonant antenna and is any one of the following structures including folded dipole, [half-wave] dipole, and loop.

19. A circuit, as in claim 1, [where] wherein a battery is also affixed to the substrate in adjacent proximity to the antenna and chip and is connected by one or more battery connecting lines to two or more chip battery contacts [where] wherein the battery connecting lines and the battery contacts are coplanar with the antenna and connecting lines.

Serial No. 08/303,977

20. A circuit, as in claim 17, [where] <u>wherein</u> the battery contacts are connected to the battery connecting lines by any of the bonding types including spot welding, soldering, thermocompression bonding, and conducting adhesive.

21. A circuit, as in claim 19, [where] <u>wherein</u> the battery contacts are connected by spot welding and the chip contacts are connected to the antenna by thermocompression bonding.

22. A circuit, as in claim 1, [where] <u>wherein</u> the chip has at least one chip dimension less than 300 microns (12 mils), the antenna has at least one antenna dimension less than 35 microns (1.4 mils), and the substrate has at least [on] <u>one</u> substrate dimension less than 125 microns (5 mils) whereby the circuit has at least one circuit dimension less than 508 microns (20 mils).

23. A circuit, as in claim 22, [where] <u>wherein</u> the chip memory has information about mailing and the circuit is applied to a mailed letter or parcel.

24. A circuit, as in claim 23, [where] <u>wherein</u> the RF tag is enclosed within a stamp.

25. A circuit, as in claim 23, [where] <u>wherein</u> the RF tag is enclosed within the parcel or envelop membrane.

26. A circuit, as in claim 22, [where] <u>wherein</u> the tag is enclosed in a passport.

27. A circuit, as in claim 22, [where] <u>wherein</u> the tag is enclosed in an admission ticket.

Serial No. 08/303,977

27. A circuit, as in claim 26, [where] wherein the circuit has at least one tag dimension that is less than 760 microns (30mils).

28. A circuit, as in claim 27, that is encapsulated as an International Organization for Standardization (ISO) [ISO] standard credit card size package.

29. A circuit, as in claim 28, [where] wherein the tag is enclosed in a drivers license.

## **REMARKS**

This Amendment is in response to the Office Action mail dated April 13, 1995, rejecting Claims 5-6, 12, 14-16, 20-23, and 28 and objecting to Claims 1-29 under 35 U.S.C. Section 112. The Applicants respond by amending the Specification; Figures 1A, 2, 3, 7D, 8, and 10-13; the Abstract; and Claims 1-9, 12-25, and 27-29. Copies of the filed drawings, marked with the corrections in red ink are provided.

Per item 1 of the Office Action, the Claims have been amended to over come the rejections under 35 U.S.C. Section 112.

The Examiner is directed to page 6, line 2 of the specification for support of lamination only on one side of the circuit (Claim 12.)

The Examiner is directed to page 5, line 26 of the Specification and Figure 4 (Figure 5) for support of "dipole" ("folded dipole") antennas (Claim 16.)

YO994-180                              - 8 -

Serial No. 08/303,977

The last paragraph on page 5 has support for the circuit thickness. Support for the substrate thickness was added here. No new matter was added because these dimensions where specified in the Claims as filed.

Specification support for the materials recited in Claims 14 and 15 were added to page 6 of the Specification. No new matter was added because these materials were specified in the Claims as filed.

Per item 2 of the Office Action, the informalities of Claims 1-25 and 27-29 have been corrected.

As the Examiner states in item 3 of the Office Action, Claim 26 is now allowable since the rejections under 35 U.S.C. Section 112 are over come by this amendment.

Per items 4-6 of the Office Action, the drawings have been amended and mark ups in red ink have been provided.

Per item 7 of the Office Action, the Drawings and/or the Specification have been amended to remove the reference sign objections.

Per item 8 of the Office Action, the Specification has been amended to remove the objections to the indicated informalities.

The International Organization for Standardization is well known. A copy of the International Standard 7810, "Identification cards - Physical characteristics" is provided herein.

YO994-180                     - 9 -

Serial No. 08/303,977

A well known definition of vias was added to the specification. See the description, particularly the second sentence of page 5 and the definition on page 1154, in Microelectronic Packaging Handbook edited by Tummala and Rymaszewski, 1989, pages 68, 76, and 1154 provided herewith.

The Applicants respectfully request reconsideration and allowance of Claims 1 - 29 as amended. The fee for a two month extension of time is authorized to be charged to deposit account number 09-0468. Although no additional fees are thought to be due, all other necessary and proper fees, except the issue fee, required to further prosecute this application are also authorized to be charged to this deposit account. If the Examiner thinks that a telephone interview would be help further the prosecution of this application, he is invited to call the Applicants' attorney at 914-945-3145.

Respectfully submitted,

By: _Louis J. Percello_
Louis J. Percello - Attorney
Reg. No. 33,206

IBM Corporation
Intellectual Property Law Dept.
P.O. Box 218
Yorktown Heights, N.Y. 10598
(914) 945-3145 phone
(914) 945-3281 fax

YO994-180                    - 10 -

Y0994-180



Prior Art

~~Figure 1A~~

Figure 1 A

Figure 1



Y0994-180

_200



Figure 2

Y0994-18U

-300



Figure 3



Prior Art

Figure 7d



Figure 8

Figure 8 A

1 Admission
Ticket

$5.00

Expires 12/31/96

1010

1020

Figure 10



1120

1140

1130

Figure 11



1220

1210

0124117 JOHN DOE

Figure 12

Figure 13

# TAB
# 6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION OF: Moskowitz et al ) Docket No. YO994-180
Serial No.: 08/303,977 )
)
Filed: September 9, 1994 )
)
FOR: RADIO FREQUENCY CIRCUIT AND ) Dated: September 13, 1995
MEMORY IN THIN FLEXIBLE PACKAGE )
_____

## Information Disclosure Statement
### Under 37 C.F.R. 1.97-1.98

The Commissioner of Patents and Trademarks
Washington, D.C.  20231


Dear Sir:


Consonant with the duty to disclose information material to

patentability set forth in 37 C.F.R. 1.56, enclosed herewith is a

completed Form PTO-1449.



Respectfully submitted,

*Louis J. Percello*

Louis J. Percello
Reg. No. 33,206
(914) 945-3145

IBM Corporation
Intellectual Property Law
P.O. Box 218
Yorktown Heights, N.Y.  10598

FORM PTO-1449 (Modified)

LIST OF PATENTS AND PUBLICATIONS
FOR APPLICANT'S INFORMATION
DISCLOSURE STATEMENT

(Use several sheets if necessary)

| ATTY. DOCKET NO. | SERIAL NO. |
|---|---|
| YO994-180 | 08/303,977 |

| APPLICANT: Moskowitz et al | |

| FILING DATE: September 9, 1994 | GROUP: 2617 |

*MAIL ROOM — SEP 18 1995 — PAT. & TRADEMARK*

## REFERENCE DESIGNATION    U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPRO.) |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.)

| | | |
|---|---|---|
| *[initials]* | AR | International Standard 7810, "Identification cards - Physical characteristics" First Edition - 1985-12-15 |
| *[initials]* | AS | R. R. Tumalla et al, "Microelectronics Packaging Handbook", 1989, pp. 68, 76, 1154 |
| | AT | |

| EXAMINER    *Swann* | DATE CONSIDERED    11-07-95 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with
MPEP 609. Draw line through citation if not in conformance and not considered. Include copy
of this form with next communication to applicant.

# TAB
# 7



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/303,977 | 09/09/94 | MOSKOWITZ | P | Y0994180 |

E6M1/1115

LOUIS J PERCELLO
INTELLECTUAL PROPERTY LAW DEPARTMENT
IBM CORPORATION
P O BOX 218
YORKTOWN HEIGHTS NY 10598

| EXAMINER | |
|---|---|
| SWANN I | |
| ART UNIT | PAPER NUMBER |
| 2617 | 7 |

DATE MAILED:

**EXAMINER INTERVIEW SUMMARY RECORD**

11/15/95

All participants (applicant, applicant's representative, PTO personnel):

(1) _Louis J. Percello_ (3) _____

(2) _Glen Swann_ (4) _____

Date of interview _11-07-95_

Type: ☑ Telephonic  ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted?  ☐ Yes  ☑ No.  If yes, brief description: _____

~~Agreement  ☐ was reached with respect to some or all of the claims in question.  ☐ was not reached.~~

Claims discussed: _None_

Identification of prior art discussed: _None_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _An Examiner's Amendment was authorized making editorial corrections to pages 6 & 7, amending page 5, line 26, for clearer antecedent basis for Claim 16 and line 37, for clearer antecedent basis for Claim 20 and agreeing to delete "Figure 1" at the bottom of Figs. 1A & 1B, placing the application in condition for allowance._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL-413 (REV. 1-84)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

# TAB
# 8



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/303,977 | 09/09/94 | MOSKOWITZ | P Y0994180 |

E6M1/1115

LOUIS J PERCELLO
INTELLECTUAL PROPERTY LAW DEPARTMENT
IBM CORPORATION
P O BOX 218
YORKTOWN HEIGHTS NY 10598

EXAMINER
SWANN III, G

| ART UNIT | PAPER NUMBER |
|---|---|
| 2617 | 8/3 |

DATE MAILED: 11/15/95

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to: *Amendment filed 09-18-95*

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are *1-29*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____

6. ☑ Note the attached Examiner's Amendment.

7. ☑ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☑ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached ~~hereto or~~ to Paper No. 3. CORRECTION IS REQUIRED.

   b. ☑ The proposed drawing correction filed on *09-18-95* has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☑ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☑ Formal drawings are now REQUIRED.

-----------------------------------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
☑ Examiner's Amendment
☑ Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
☑ Notice of References Cited, PTO-892
☑ Information Disclosure Citation, PTO-1449

— Notice of Informal Application, PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

**GLEN SWANN**
**PRIMARY EXAMINER**
**GROUP 2600**

Serial Number: 08/303,977                    -2-
Art Unit: 2617


<u>EXAMINER'S AMENDMENT</u>

An Examiner's Amendment to the record appears below.  Should
the changes and/or additions be unacceptable to applicant, an
amendment may be filed as provided by 37 C.F.R. § 1.312.  To
ensure consideration of such an amendment, it **MUST** be submitted
no later than the payment of the Issue Fee.

<u>Changes to the Specification</u>

On page 5, line 26, --, loop,-- has been inserted after
"dipole."

On page 5, line 37, --or less-- has been inserted after
"(500um)" and --in any case-- has been inserted after "but."

On page 6, line 8, "and has been amended to read --or--.

On page 6, line 31, "a" has been amended to read --an--.

On page 7, line 21, "boding" has been amended to read
--bonding--.

<u>Changes to the Drawings</u>

The following changes to the drawings have been approved by
the Examiner and agreed upon by applicant: "Figure 1" is to be
deleted at the bottom of each of figures 1A & 1B, as indicated in
red on the attached print.  In order to avoid abandonment of the
application, applicant must make the above agreed upon drawing
changes.

Serial Number: 08/303,977                                -3-

Art Unit: 2617

## AUTHORIZATION

Authorization for this Examiner's Amendment was given in a
telephone interview with Louis J. Percello on November 11, 1995.

GLEN SWANN
PRIMARY EXAMINER
GROUP 2600

SWANN:grs
November 07, 1995

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV: 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/ _303 977_ | GROUP ART UNIT _2617_ | ATTACHMENT TO PAPER NUMBER _8_ |
|---|---|---|---|---|
| **NOTICE OF REFERENCES CITED** | | APPLICANT(S) _Moskowitz et al._ | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | | | | | | | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | A | 5 | 3 | 9 | 6 | 2 | 1 | 8 | 03-1995 | _Olah_ | 340 | 572 | |
| | B | | | | | | | | | | | | |
| | C | | | | | | | | | | | | |
| | D | | | | | | | | | | | | |
| | E | | | | | | | | | | | | |
| | F | | | | | | | | | | | | |
| | G | | | | | | | | | | | | |
| | H | | | | | | | | | | | | |
| | I | | | | | | | | | | | | |
| | J | | | | | | | | | | | | |
| | K | | | | | | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | | | | | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | | | | | |
| | M | | | | | | | | | | | | |
| | N | | | | | | | | | | | | |
| | O | | | | | | | | | | | | |
| | P | | | | | | | | | | | | |
| | Q | | | | | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER _Swann_ | DATE _11-07-95_ | |
|---|---|---|

**\* A copy of this reference is not being furnished with this office action.**
**(See Manual of Patent Examining Procedure, section 707.05 (a).)**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box ISSUE FEE
          COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

```
                              E6M1/1115
┌                                            ┐
  LOUIS J PERCELLO                                           NOTICE OF ALLOWANCE
  INTELLECTUAL PROPERTY LAW DEPARTMENT                       AND ISSUE FEE DUE
  IBM CORPORATION
  P O BOX 218
  YORKTOWN HEIGHTS NY 10598
```
☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| First Named Applicant  06/303,977 | 09/09/94 | 029 | SWANN III, G    2617 | 11/15/95 |

TITLE OF INVENTION    MOSKOWITZ, PAUL A.

RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  Y0995-1198 | 340-572.000 | R89 | UTILITY | NO | $1250.00 | 02/15/96 |

**THE APPLICATION IDENTIFIES ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown above and notify the patent and
      Trademark Office of the change in status, or
   B. If the Status is the same, pay the FEE DUE shown
      above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
   pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
     Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance**
**fees when due.**

PTOL-85 (REV. 12-93) (0651-0033)                 4. PATIENT AND TRADEMARK OFFICE COPY

# TAB
# 9



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/303,977 | 09/09/94 | MOSKOWITZ | P | Y0994180 |

E6M1/0228

SWANN II EXAMINER

LOUIS J PERCELLO
INTELLECTUAL PROPERTY LAW DEPARTMENT
IBM CORPORATION
P O BOX 218
YORKTOWN HEIGHTS NY 10598

| ART UNIT | PAPER NUMBER |
|---|---|
| 2617 | 9 |

DATE MAILED: 02/28/96

*Supplemental*
## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *IDS filed 01-05-96*

2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☐ The allowed claims are _____

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449. *No copies provided of lined-through references.*

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

_____

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
✓ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

GLEN SWANN
PRIMARY EXAMINER
GROUP 2600

PTOL-37 (REV. 4-89) *                                                    USCOMM-DC 89-3789

# TAB
# 10

GP. 2617

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Moskowitz et al.
Serial No.:   08/303,977
Filed:        September 9, 1994          Date: January 5, 1996
For:  RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN
      FLEXIBLE PACKAGE


**INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97(d)**


The Commissioner of Patents and Trademarks
Washington, D.C.   20231


Sir:

The Examiner's attention is drawn to the attached Form PTO-1449 containing
a list of documents which may be relevant to the subject application.  A copy
of each of these documents and the European Search Report in which they were
cited is provided herewith.


Applicant's undersigned attorney certifies that each item of information con-
tained in this Information Disclosure Statement was cited in a communication
(copy enclosed) from a foreign patent office in a counterpart foreign application
not more than three months prior to the filing of this statement.  The Applicant
petitions the Examiner and requests consideration of this Information Disclo-
sure Statement.


A petition fee under 37 C.F.R. §1.17(i) and any other necessary and proper fees
to further the prosecution of this application, except the issue fee, is authorized
to be charged to Deposit Account No. 09-0468.

```
290 SB 09-0468 01/24/96 08303977
01480  122      130.00CH
```

YO994-180X                    -1-                          S.N. 303,977



Respectfully submitted,

By: _Louis J. Percello_

Louis J. Percello
Attorney for the Applicants
Registration No. 33,206

IBM Corporation
Intellectual Property Law Department
P.O. Box 218
Yorktown Heights, New York   10598

GROUP 260

96 JAN 29 AM 3:49

RECEIVED



### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Moskowitz et al.

Serial No:   08/303,977                  Group No:

Filed:  September 9, 1994                 Examiner:

For:  RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

Commissioner of Patents and Trademarks

Washington, D.C. 20231

### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

I hereby certify that the *attached* correspondence comprising:

1.   Return Post Card
2.   Information Disclosure Statement
3.   Form PTO-1449 with European Search Report and references

is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

*Commissioner of Patents and Trademarks*

*Washington, D.C. 20231*

on ___January 5, 1996___.

Paula Stanland
_____
(Type or print name of person mailing paper)

_Paula Stanland_
_____
(Signature of person mailing paper)

DOCKET NO.   ___Y0994-108___