Attached to Paper #11

Sheet __1__ of __2__

| | | | LIST OF REFERENCES CITED BY APPLICANT (Use several sheets if necessary) | ATTY. DOCKET NO. Y0994-180 | SERIAL NO. 08/303,977 |
|---|---|---|---|---|---|
| | | | | APPLICANT Moskowitz et al. | |
| | | | | FILING DATE September 9, 1994 | GROUP |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| ~~--~~ | ~~AL~~ | ~~EPA 0595549~~ | ~~5/4/94~~ | ~~Europe~~ | | | | |
| ~~--~~ | ~~AM~~ | ~~EPA 0481776~~ | ~~4/22/92~~ | ~~Europe~~ | | | | |
| ~~--~~ | ~~AN~~ | ~~DEA 4319878~~ | ~~12/23/93~~ | ~~Germany~~ | | | | ✓ |
| (init) | AO | WOA 9309551 | 5/13/93 | World patent | — | — | | ✓ |
| (init) | AP | WOA94 11846 | 5/26/94 | World patent | — | — | — | — |

**OTHER REFERENCES** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

EXAMINER SWANN

DATE CONSIDERED 03-14-96

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Attached to Paper # 11

Sheet __2__ of __2__

| | | |
|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT<br>(Use several sheets if necessary) | ATTY. DOCKET NO.<br>Y0994-108 | SERIAL NO.<br>08/303,977 |
| | APPLICANT<br>Moskowitz et al. | |
| | FILING DATE<br>September 9, 1994 | GROUP |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| *[initialed]* | AR | Patent Abstracts of Japan, Vol. 13, No. 560 (M-906) 13 December 1989<br>& JP, A, 01 234 296 (NEC Corp.) 19 September 1989 |
| | AS | |
| | AT | |

EXAMINER: Swann

DATE CONSIDERED: 03-14-96

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/EP 95/03147

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC 6   G06K19/077 |

According to International Patent Classification (IPC) or to both national classification and IPC

## B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
IPC 6   G06K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

## C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | EP,A,0 595 549 (HUGHES MICROELECTRONICS EUROPA LIMITED) 4 May 1994 | 1,5,7, 10,12, 27,28 |
| A | see column 3, line 33 - column 8, line 45; figures 2-9 | 4,14 |
| Y | EP,A,0 481 776 (MITSUBISHI DENKI KABUSHIKI KAISHA) 22 April 1992 | 1,5,7, 10,12, 27,28 |
| A | see column 3, line 11 - column 4, line 11; figures 1,2 | 20 |
| A | DE,A,43 19 878 (MICRON TECHNOLOGY, INC.) 23 December 1993 see abstract; figure 2 | 1,16,17 |
| A | WO,A,93 09551 (STOWASSER) 13 May 1993 see abstract; figure 1 | 1 |

-/--

[X] Further documents are listed in the continuation of box C.   [X] Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 17 November 1995 | 05. 12. 95 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Chiarizia, S |

Form PCT/ISA/210 (second sheet) (July 1992)

page 1 of 2

INTERNATIONAL SEARCH REPORT

International Application No
PCT/EP 95/03147

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | WO,A,94 11846 (ROBERTSSON) 26 May 1994<br>see abstract | 2 |
| A | PATENT ABSTRACTS OF JAPAN<br>vol. 13, no. 560 (M-906) 13 December 1989<br>& JP,A,01 234 296 (NEC CORP) 19 September 1989<br>see abstract | 6- |

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

page 2 of 2

INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No
PCT/EP 95/03147

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| EP-A-0595549 | 04-05-94 | JP-A- 6243358 | 02-09-94 |
| EP-A-0481776 | 22-04-92 | JP-A- 4152191 | 26-05-92 |
| DE-A-4319878 | 23-12-93 | JP-A- 6123773<br>US-A- 5448110 | 06-05-94<br>05-09-95 |
| WO-A-9309551 | 13-05-93 | DE-A- 4136718<br>DE-A- 4220194 | 13-05-93<br>23-12-93 |
| WO-A-9411846 | 26-05-94 | FI-A- 925077<br>AU-B- 5422794 | 10-05-94<br>08-06-94 |

Form PCT/ISA/210 (patent family annex) (July 1992)

FEB 15'96 19:18 FR IBM IPLAW-RES          914 945 3281 TO 917033085397      P.01

**OFFICIAL**

# IBM CORPORATION
## INTELLECTUAL PROPERTY LAW DEPARTMENT
Thomas J. Watson Research Center
Yorktown Heights, New York 10598

FAX RECEIVED
FEB 20 1996
GROUP 2600

## FACSIMILE TRANSMITTAL SHEET

FAX # 862-3281 (internal)      FAX # (914) 945-3281 (external)

Date: 2/15/96          Number of Pages to Follow: 16

1. Cert mailing
2. IDS petition under 37CFR1.97(d)
3. IDS
4. 2 pages of EPO search report
5. EP patent application 0 481 726 A1

**To:**

Name: Glenn Swann

Address: Group 2600, USPTO

Phone: 703-305-4384

FAX #: 703-308-5397, 305-9508

Contact #: _____

**From:**

Name: Lou Percello

Phone: 914-945-3145

Location: IBM Yorktown

**Classification:**

_X_ IBM Confidential         ___ IBM Internal Use Only
___ Personal                  ___ Unclassified

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in in error, please notify us immediately by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you.

FEB 15'96 19:18 FR IBM-IPLAW-RES        914 945 3281 TO 9417033085397       P.02

**OFFICIAL**

FAX RECEIVED
FEB 20 1996
GROUP 2600

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Moskowitz et al.

Serial No: 08/303,977                    Group No:

Filed: September 9, 1994                 Examiner:

For: RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

I hereby certify that the *attached* correspondence comprising:

1. Return Post Card
2. Information Disclosure Statement
3. Form PTO-1449 with European Search Report and references

is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

*Commissioner of Patents and Trademarks*

*Washington, D.C. 20231*

on ___January 5, 1996___

Paula Stanland
(Type or print name of person mailing paper)

_____
(Signature of person mailing paper)

DOCKET NO. Y0994-108

FEB 15'96 19:19 FR IBM-IPLAW-RES    914 945 3281 TO 9#?033085397    P.03

FAX RECEIVED

FEB 2 0 1996

GROUP 2600

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

OFFICIAL

Applicant: Moskowitz et al.
Serial No.: 08/303,977
Filed: September 9, 1994
Date: January 5, 1996
For: RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97(d)

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

The Examiner's attention is drawn to the attached Form PTO-1449 containing a list of documents which may be relevant to the subject application. A copy of each of these documents and the European Search Report in which they were cited is provided herewith.

Applicant's undersigned attorney certifies that each item of information contained in this Information Disclosure Statement was cited in a communication (copy enclosed) from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement. The Applicant petitions the Examiner and requests consideration of this Information Disclosure Statement.

A petition fee under 37 C.F.R. §1.17(i) and any other necessary and proper fees to further the prosecution of this application, except the issue fee, is authorized to be charged to Deposit Account No. 09-0468.

YO994-180X                            -1-                        S.N. 303,977

FEB 15'96 19:19 FR IBM-IPLAW-RES    914 945 3281 TO 9~2033085397    P.04

Respectfully submitted,

By: /s/ Louis J. Percello
Louis J. Percello
Attorney for the Applicants
Registration No. 33,206

IBM Corporation
Intellectual Property Law Department
P.O. Box 218
Yorktown Heights, New York  10598

YO994-180X    -2-    S.N. 303,977

FEB 15'96 19:19 FR IBM-PLAW-RES        914 945 3281 TO 9*033085397        P.05

*Attached to Paper #9*

Sheet 1 of 2

| LIST OF REFERENCES CITED BY APPLICANT<br>(Use several sheets if necessary) | ATTY. DOCKET NO.<br>YO994-180 | SERIAL NO.<br>08/303,977 |
|---|---|---|
| | APPLICANT<br>Moskowitz et al. | |
| | FILING DATE<br>September 9, 1994 | GROUP<br>2617 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | EPA059 5 5 4 9 | 5/4/94 | Europe | | | | |
| ✓ | AM | EPA048 1 7 7 6 | 4/22/92 | Europe | — | — | — | — |
| | AN | DEA4319 8 7 8 | 12/23/93 | Germany | | | | |
| | AO | WOA9 309 5 5 1 | 5/13/93 | World patent | | | | |
| | AP | WOA94 1 1 8 4 6 | 5/26/94 | World patent | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *Swann* | 02-20-96 |

FEB 15'96 19:19 FR IBM IPLAW-RES    914 945 3281 TO 917033085397    P.06

*Attached to Paper #9*

Sheet 2 of 2

| | LIST OF REFERENCES CITED BY APPLICANT<br>*(Use several sheets if necessary)* | ATTY. DOCKET NO.<br>Y0994-108 | SERIAL NO.<br>08/303,977 |
| --- | --- | --- | --- |
| | | APPLICANT<br>Moskowitz et al. | |
| | | FILING DATE<br>September 9, 1994 | GROUP<br>2617 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

**OTHER REFERENCES** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | AR | Patent Abstracts of Japan, Vol. 13, No. 560 (M-906) 13 December 1989<br>& JP, A, 01 234 296 (NEC Corp.) 19 September 1989 |
| --- | --- | --- |
| | AS | |
| | AT | |

EXAMINER: *Swann*    DATE CONSIDERED: 02-26-96

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/EP 95/03147

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6  G06K19/077

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6  G06K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | EP,A,0 595 549 (HUGHES MICROELECTRONICS EUROPA LIMITED) 4 May 1994 | 1,5,7,10,12,27,28 |
| A | see column 3, line 33 - column 8, line 45; figures 2-9 | 4,14 |
| Y | EP,A,0 481 776 (MITSUBISHI DENKI KABUSHIKI KAISHA) 22 April 1992 | 1,5,7,10,12,27,28 |
| A | see column 3, line 11 - column 4, line 11; figures 1,2 | 20 |
| A | DE,A,43 19 878 (MICRON TECHNOLOGY, INC.) 23 December 1993 see abstract; figure 2 | 1,16,17 |
| A | WO,A,93 09551 (STOWASSER) 13 May 1993 see abstract; figure 1 | 1 |

-/--

[X] Further documents are listed in the continuation of box C.    [X] Patent family members are listed in annex.

Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

Date of the actual completion of the international search

17 November 1995

Date of mailing of the international search report

05.12.95

Name and mailing address of the ISA
European Patent Office, P.B. 5818 Patentlaan 2
NL - 2280 HV Rijswijk
Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,
Fax: (+31-70) 340-3016

Authorized officer

Chiarizia. S

FEB 15'96 19:20 FR IBM-IPLAW-RES    914 945 3281 TO 947033085397    P.08

## INTERNATIONAL SEARCH REPORT

International Application No
PCT/EP 95/03147

(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| | WO,A,94 11846 (ROBERTSSON) 26 May 1994<br>see abstract<br>1,7. | 2 |
| | PATENT ABSTRACTS OF JAPAN<br>vol. 13, no. 560 (M-906) 13 December 1989<br>& JP,A,01 234 296 (NEC CORP) 19 September 1989<br>see abstract<br>1,7. | 6- |

FEB 15'96 19:20 FR IBM IPLAW-RES      914 945 3281 TO 917033085397      P.09

G06K19/077T

Office européen des brevets

**OFFICIAL**



(11) Publication number: **0 481 776 A3**

FEB 20 1996

GROUP 2600

## EUROPEAN PATENT APPLICATION

(21) Application number: 91309570.9

(51) Int. Cl.$^5$: **G06K 19/077, G06K 19/07**

(22) Date of filing: 17.10.91

(30) Priority: 17.10.90 JP 276548/90

(43) Date of publication of application:
22.04.92 Bulletin 92/17

(84) Designated Contracting States:
DE FR GB

(88) Date of deferred publication of search report:
03.03.93 Bulletin 93/09

(71) Applicant: MITSUBISHI DENKI KABUSHIKI KAISHA
2-3, Marunouchi 2-chome Chiyoda-ku
Tokyo (JP)

(72) Inventor: Fujioka, Shuzo, c/o Mitsubishi Elec.
Semiconductor
Software Corporation Kitaitami Jigyosho
1 Mizuhara 4-chome, Itami-shi, Hyogo-ken (JP)
Inventor: Takahira, Kenichi, c/o Mitsubishi
Denki K. K.
Kitaitami Seisakusho, 1, Mizuhara 4-chome
Itami-shi, Hyogo-ken (JP)

(74) Representative: Lawson, David Glynne et al
MARKS & CLERK 57-60 Lincoln's Inn Fields
London WC2A 3LS (GB)

(54) TAB board and non-contact IC card which uses the same.

(57) A TAB board 25 for use in a non-contact IC card comprises an insulating film 35 and a wiring pattern formed on the insulating film and arranged to include a coil 36 for transmitting data in a non-contact manner. The non-contact IC card comprises the TAB board, an IC chip 21 mounted on the TAB board, and a resin package 27 for sealing the TAB board and the IC chip.

FIG. 1



EP 0 481 776 A3

Jouve, 18, rue Saint-Denis, 75001 PARIS

FEB 15'96 19:20 FR IBM-IPLAW-RES         914 945 3281 TO 917033085397         P.10



European Patent Office

# EUROPEAN SEARCH REPORT

Application Number
EP 91 30 9570

**DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.5) |
|---|---|---|---|
| X | PATENT ABSTRACTS OF JAPAN vol. 11, no. 358 (P-639)(2805) 21 November 1987 & JP-A-62 134 780 ( HITACHI LTD ) 17 June 1987 | 1,2,7 | G06K19/077 G06K19/07 |
| Y | * abstract * | 3-6 | |
| Y | EP-A-0 376 062 (ETA SA) * the whole document * | 3-6 | |
| A | | 1,2,7 | |
| A | PATENT ABSTRACTS OF JAPAN vol. 11, no. 62 (P-551)(2509) 25 February 1987 & JP-A-61 226 887 ( ANRITSU ) 8 October 1986 * abstract * | 1,3,5-7 | |
| A | PATENT ABSTRACTS OF JAPAN vol. 11, no. 178 (P-584)(2625) 9 June 1987 & JP-A-62 008 283 ( MATSUSHITA ) 16 January 1987 * abstract * | 1-4,7 | TECHNICAL FIELDS SEARCHED (Int. Cl.5) G06K H01L |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| BERLIN | 23 NOVEMBER 1992 | DUCREAU F. |

CATEGORY OF CITED DOCUMENTS
X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

2

# TAB 11



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/303,977 | 09/09/94 | MOSKOWITZ P. | Y0994180 |

SWANN III EXAMINER

E6M1/0318
LOUIS J PERCELLO
INTELLECTUAL PROPERTY LAW DEPARTMENT
IBM CORPORATION
P O BOX 218
YORKTOWN HEIGHTS NY 10598

| ART UNIT | PAPER NUMBER |
|---|---|
| 2617 | 11 |

DATE MAILED: 03/18/96

*Supplemental*
**NOTICE OF ALLOWABILITY**

**PART I.**

1. ☑ This communication is responsive to _IDS filed 01-11-96_.
2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☐ The allowed claims are _____
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449. _Lined-through references have been previously considered._

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL-413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
☑ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

GLEN SWANN
PRIMARY EXAMINER
GROUP 2600

PTOL-37 (REV. 4-89) *    USCOMM-DC 89-3789

# TAB 12



Issue Batch No. R09
Allowed: 11/15/95
S. N. 08/303,977

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Paul A. Moskowitz et al        Date: January 24, 1995

Serial No.: 08/303,977                     Group Art Unit: 2617

Filed:    September 9, 1994                Examiner: Glenn Swann

For: RADIO FREQUENCY CIRCUIT AND
     MEMORY IN THIN FLEXIBLE PACKAGE

### TRANSMITTAL OF FORMAL DRAWINGS

To the Commissioner of Patents and Trademarks
Washington, D.C. 20231

Attention: Official Draftsman

Sir:

Enclosed herewith are ten (10) sheets of formal drawings (FIGS. 1-13) for the above-identified application, Serial No. 08/303,977, which has a Notice of Allowance date of November 15, 1995, and Issue Batch Number R09.

Respectfully submitted,

by _____
Louis J. Percello
Attorney for Applicants
Reg. No. 33,206
Tel. (914) 945-3145

IBM Thomas J. Watson Research Center
Intellectual Property Law Department
P.O. Box 218 - 39-254
Yorktown Heights, N.Y. 10598

YO994-180