Issue Batch No. R09
Allowed: 11/15/95
S. N. 08/303,977

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Paul A. Moskowitz et al        Date: January 24, 1995

Serial No.:  08/303,977                    Group Art Unit: 2617

Filed:       September 9, 1994             Examiner:  Glenn Swann

For:  RADIO FREQUENCY CIRCUIT AND
      MEMORY IN THIN FLEXIBLE PACKAGE


### TRANSMITTAL OF FORMAL DRAWINGS


To the Commissioner of Patents and Trademarks
Washington, D.C.  20231

Attention: Official Draftsman

Sir:

     Enclosed herewith are ten (10) sheets of formal drawings (FIGS. 1-13) for the
above-identified application, Serial No. 08/303,977, which has a Notice of Allowance
date of November 15, 1995, and Issue Batch Number R09.


                              Respectfully submitted,


                              by  _Louis J. Percell_____
                              Louis J. Percello
                              Attorney for Applicants
                              Reg. No. 33,206
                              Tel. (914) 945-3145


IBM Thomas J. Watson Research Center
Intellectual Property Law Department
P.O. Box 218 - 39-254
Yorktown Heights, N.Y. 10598

YO994-180



Atty. Docket No.  YO994-180

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Paul A. Moskowitz et al

Serial No.: 08/303,977

Filed: September 9, 1994

For:  RADIO FREQUENCY CIRCUIT AND
MEMORY IN THIN FLEXIBLE PACKAGE

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Attention:  APPLICATION PROCESSING DIVISION

CERTIFICATE OF MAILING UNDER 37 CFR 1.8(a)

I hereby certify that the following **attached** correspondence comprising:

    10 Sheets of Formal Drawings
    Transmittal Letter of Formal Drawings
    Form PTO 948
    Self-Addressed Return Postcard

is being deposited with the United States Postal Service as first class mail in an
envelope addressed to:

**Commissioner of Patents and Trademarks**

**Washington, D.C.  20231**

on January 25, 1996.

                Lucille Fourgeot
            (Name of person mailing paper or fee)

*Lucille Fourgeot*

1/10
LJP  Y0994-180





# FIG.1A
## PRIOR ART



# FIG.1B
## PRIOR ART



2/10
Y0994-180



# FIG. 2



3/10
Y0994-180

# FIG. 3



4/10
Y0994-180

# FIG. 4



# FIG. 5

5/10
Y0994-180

# FIG.6



620  660                                    600

661      662
625      625
625      625
650  610

630

# FIG.7A PRIOR ART



750
720                                        740
740

730                710
760      706      730
705
780

6/10
Y0994-180

FIG.7B
PRIOR ART



FIG.7C
PRIOR ART



7/10
Y0994-180



FIG. 7D
PRIOR ART



FIG. 7E
PRIOR ART

8/10
Y0994-180

# FIG. 8



800

810

820

815

830

# FIG. 8A

850

# FIG.9



900

930

910

920

PASSPORT

UNITED STATES
OF
AMERICA

9/10
Y0994-180

# FIG. 10



1 ADMISSION
TICKET

$ 5.00

EXPIRES 12/31/95

1010

1020

# FIG. 11



CD

1120

1140

1130

10/10
Y0994-180

# FIG. 12



1220 —                                    — 1210

Credit Card

1234 5678 9101
JOHN A. DOE
EXPIRES 12/31/95

# FIG. 13



NEW YORK STATE

1995  DRIVER LICENSE
COMMISSIONER  DOE, JOHN A.
             1234 SOMEPLACE
             ANYWHERE, N.Y. 11100

ABCDEF------

John A. Doe

— 1310

— 1320

**PART B—ISSUE FEE TRANSMITTAL**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| E6M1/1115 <br> S J PERCELLO <br> INTELLECTUAL PROPERTY LAW DEPARTMENT <br> IBM CORPORATION <br> P O BOX 218 <br> YORKTOWN HEIGHTS NY 10598 | INVENTOR'S NAME <br><br> Street Address <br><br> City, State and ZIP Code <br><br> CO-INVENTOR'S NAME <br><br> Street Address <br><br> City, State and ZIP Code <br><br> ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| First Named Applicant | 08/303,977 | 09/09/94 | 029 | SWANN III, G | 2617 | 11/15/95 |

TITLE OF INVENTION

MOSKOWITZ,      PAUL A.

RADIO FREQUENCY CIRCUIT AND MEMORY IN THIN FLEXIBLE PACKAGE

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | YO994180 | 340-572.000 | R09 | UTILITY | NO | $1250.00 | 02/15/96 |

3. Correspondence address change (Complete only if there is a change)

| 4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed. | 1   Louis J. Percello <br><br> 2 _____ <br><br> 3 _____ |
|---|---|

**DO NOT USE THIS SPACE**

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE
International Business Machines Corporation

(2) ADDRESS: (CITY & STATE OR COUNTRY)
Armonk, NY

A. ☐ This application is NOT assigned.

☒ Assignment previously submitted to the Patent and Trademark Office.

☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☐ Issue Fee    ☐ Advance Order - # of Copies _____

6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER _____ 09-0468 _____
(ENCLOSE PART C)
☒ Issue Fee    ☐ Advance Order - # of Copies _____
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _Louis J. Percello_    (Date) 2/12/96

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**1. TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE.**

PTOL-85B (REV.12-93)(0651-0033)

# TAB
# 13

PTO UTILITY GRANT

Paper Number ___

# The Commissioner of Patents and Trademarks

*Jhe*
*United*
*States*
*of*
*America*

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

*Therefore, this*

## United States Patent

Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.

*Bruce Lehman*

**Commissioner of Patents and Trademarks**

*Marjorie V. Turner*

*Attest*

PTO-1584

FPI-LOM

(RIGHT INSIDE)

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on ___February 12, 1996_____

(Date)

___Anni Offenbacher_____

(Name of person making deposit)

___Anni Offenbacher_____

(Signature)

___2/12/96_____

(Date)

Note:  If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers.  Each additional paper, such as an assignment or formal drawing,  must have its own certificate of mailing.

Burden Hour Statement: This form is estimated to take .2 hours to complete.   Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Office of Information Systems, Patent and Trademark Office, Washington, D.C. 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, (Project 0651-0033), Washington, D.C. 20503.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner of Patents and Trademarks, Box Issue Fee, Washington, DC 20231.

REVERSE PTOL-85B (REV. 12-93)(0651-0033)

| ID | MCH | TPE | NAME OR ACCOUNT | C-NBR | MLEDTE | CURDTE | F-C | $ AMOUNT |
|----|-----|-----|-----------------|-------|--------|--------|-----|----------|
| D | 010 | 1 | 090468 | 10083 | 940909 | 940920 | 101 | 908.00 |
| D | 010 | 1 | 090468 | 10084 | 940909 | 940920 | 581 | 40.00 |
| D | 030 | 1 | 090455 | 30317 | 950421 | 950421 | 570 | 25.00 |
| D | 100 | 1 | 090468 | 10552 | 950509 | 950621 | 581 | 40.00 |
| D | 100 | 3 | 090455 | 10273 | 950705 | 950706 | 566 | 72.00 |
| D | 090 | 3 | 090455 | 90253 | 950731 | 950801 | 566 | 12.00 |
| D | 330 | 1 | 090468 | 33012 | 950918 | 951005 | 116 | 370.00 |
| D | 060 | 3 | 090455 | 60192 | 951024 | 951025 | 570 | 25.00 |
| D | 290 | 1 | 090468 | 01480 | 960116 | 960124 | 122 | 130.00 |

IO MORE TRANSACTIONS

'ND OF YOUR QUERY

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1992

**Application or Docket Number**

08/30 3977

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $355.00 | OR | | $710.00 |
| TOTAL CLAIMS | 29 minus 20 = | * 9 | x$11= | | OR | x$22= | 198 |
| INDEPENDENT CLAIMS | 1 minus 3 = | * | x 37= | | OR | x 74= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= | |
| | | | TOTAL | | OR | TOTAL | 908 |

\* If the difference in column 1 is less then zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | SMALL ENTITY ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * 29 | Minus | ** 29 | = — | x$11= | | OR | x$22= | |
| | Independent | * 1 | Minus | *** 3 | = — | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | + 230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +115= | | OR | +230= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10-92)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Form PTO 1130
(REV 2/94)

# PACE DATA ENTRY CODING SHEET

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

| 1ST EXAMINER | DATE 10/12/94 |
|---|---|
| 2ND EXAMINER | DATE |

APPLICATION NUMBER: 08 303977

| CONT CODE | STATUS CODE |
|---|---|

TOTAL CLAIMS: 2 9
INDEPENDENT CLAIMS: 1 1
SMALL ENTITY?: 0
TYPE APPL: 1

FILING DATE
MONTH 0 9 | DAY 0 9 | YEAR 9 4

FILING FEE: 9 0 8
FOREIGN LICENSE: Y
SPECIAL HANDLING: 0

GROUP ART UNIT: 2 6 1 4
CLASS: 3 4 0
SHEETS OF DRAWING: 1 8

ATTORNEY DOCKET NUMBER: 4 0 9 4 4 1 8 0

## CONTINUITY DATA

PARENT APPLICATION SERIAL NUMBER

PCT APPLICATION SERIAL NUMBER

| | | |
|---|---|---|
| P | C | T | / | / |
| P | C | T | / | / |
| P | C | T | / | / |
| P | C | T | / | / |

PARENT PATENT NUMBER

PARENT FILING DATE
MONTH | DAY | YEAR

## PCT/FOREIGN APPLICATION DATA

FOREIGN PRIORITY CLAIMED

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

FOREIGN FILING DATE
MONTH | DAY | YEAR

☆ U.S.G.P.O.: 1994 - 385-974

U.S. GOVERNMENT PRINTING OFFICE: 1992-327-409

| PATENT NUMBER | ORIGINAL CLASSIFICATION | | |
|---|---|---|---|
| | CLASS | SUBCLASS | |
| | 340 | 572 | |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|
| 303977 | | | | |
| APPLICANT'S NAME (PLEASE PRINT) | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| MOSKOWITZ ET AL. | 29 | 825 | 829 | 836 |
| | 340 | 825.3 | 825.34 | 825.54 |
| IF REISSUE, ORIGINAL PATENT NUMBER | | | | |

| INTERNATIONAL CLASSIFICATION 6 | | | |
|---|---|---|---|
| 4 0 4 Q | 1/00 | | |
| | | | |

GROUP ART UNIT: 2617

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
GLEN R. SWANN III

PTO 270 (REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

| Final | Original | 04 CO 95 | 11 02 95 | | | | Date |
|---|---|---|---|---|---|---|---|
| 1 | 1 | O | = | | | | |
| 2 | 2 | o | = | | | | |
| 3 | 3 | o | = | | | | |
| 4 | 4 | o | = | | | | |
| 5 | 5 | ✓ | = | | | | |
| 6 | 6 | ✓ | = | | | | |
| 7 | 7 | o | = | | | | |
| 8 | 8 | o | = | | | | |
| 9 | 9 | o | = | | | | |
| 11 | 10 | o | = | | | | |
| 13 | 11 | o | = | | | | |
| 14 | 12 | ✓ | = | | | | |
| 15 | 13 | O | = | | | | |
| 10 | 14 | ✓ | = | | | | |
| 23 | 15 | ✓ | = | | | | |
| 18 | 16 | ✓ | = | | | | |
| 19 | 17 | o | = | | | | |
| 20 | 18 | o | = | | | | |
| 21 | 19 | o | = | | | | |
| 22 | 20 | ✓ | = | | | | |
| 23 | 21 | ✓ | = | | | | |
| 24 | 22 | ✓ | = | | | | |
| 25 | 23 | ✓ | = | | | | |
| 26 | 24 | o | = | | | | |
| 27 | 25 | o | = | | | | |
| 28 | 26 | o | = | | | | |
| 6 | 27 | o | = | | | | |
| 17 | 28 | ✓ | = | | | | |
| 29 | 29 | O | = | | | | |
| | 30 | | | | | | |
| | 31 | | | | | | |
| | 32 | | | | | | |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |
| | 36 | | | | | | |
| | 37 | | | | | | |
| | 38 | | | | | | |
| | 39 | | | | | | |
| | 40 | | | | | | |
| | 41 | | | | | | |
| | 42 | | | | | | |
| | 43 | | | | | | |
| | 44 | | | | | | |
| | 45 | | | | | | |
| | 46 | | | | | | |
| | 47 | | | | | | |
| | 48 | | | | | | |
| | 49 | | | | | | |
| | 50 | | | | | | |

**SYMBOLS**

✓ .............................. Rejected
= .............................. Allowed
– (Through numeral) Canceled
+ .............................. Restricted
N .............................. Non-elected
I .............................. Interference
A .............................. Appeal
O .............................. Objected

| Final | Original | | | | | Date |
|---|---|---|---|---|---|---|
| | 51 | | | | | |
| | 52 | | | | | |
| | 53 | | | | | |
| | 54 | | | | | |
| | 55 | | | | | |
| | 56 | | | | | |
| | 57 | | | | | |
| | 58 | | | | | |
| | 59 | | | | | |
| | 60 | | | | | |
| | 61 | | | | | |
| | 62 | | | | | |
| | 63 | | | | | |
| | 64 | | | | | |
| | 65 | | | | | |
| | 66 | | | | | |
| | 67 | | | | | |
| | 68 | | | | | |
| | 69 | | | | | |
| | 70 | | | | | |
| | 71 | | | | | |
| | 72 | | | | | |
| | 73 | | | | | |
| | 74 | | | | | |
| | 75 | | | | | |
| | 76 | | | | | |
| | 77 | | | | | |
| | 78 | | | | | |
| | 79 | | | | | |
| | 80 | | | | | |
| | 81 | | | | | |
| | 82 | | | | | |
| | 83 | | | | | |
| | 84 | | | | | |
| | 85 | | | | | |
| | 86 | | | | | |
| | 87 | | | | | |
| | 88 | | | | | |
| | 89 | | | | | |
| | 90 | | | | | |
| | 91 | | | | | |
| | 92 | | | | | |
| | 93 | | | | | |
| | 94 | | | | | |
| | 95 | | | | | |
| | 96 | | | | | |
| | 97 | | | | | |
| | 98 | | | | | |
| | 99 | | | | | |
| | 100 | | | | | |

(LEFT INSIDE)



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 57.7 | 04/04/95 | QD |
| 29 | 836 829 825 | | |
| 340 | 825.34 825.3 825.54 | 4/05/95 | |
| done | for date | 11/01/95 | QD |

10/94

CP2-11C15

CPK1-5830

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 572 825.3 825.34 825.54 | 11/01/95 | QD |
| 29 | 825 829 836 | | |

(RIGHT OUTSIDE)