





FIG.4





FIG.5





FIG.6





700

TELL TAGS TO SEND
SIGNALS — 710

TRANSMIT CARRIER WAVE FROM
BASE STATION ANTENNA — 720

CAN
SINGLE TAG BE READ
ON I CHANNEL
? — 730

YES

READ TAG, AND INSTRUCT
IT TO SHUT OFF — 740

NO

CAN
SINGLE TAG BE READ
ON Q CHANNEL
? — 750

YES

NO

INSTITUTE MULTIPLE TAG IN
FIELD READING PROCEDURE — 760

FIG.7



FIG.8



FIG.9

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG.1



FIG.2

FIG.3



FIG.4

80092117046f8327



FIG.5

PRINT OF DRAWINGS
AS ORIGINAL    FI



FIG.6

PRINT OF DRAWINGS
AS ORIGINAL FILED



FIG.7



FIG.8

PRINT OF DRAWINGS
AS ORIGINAL    FILED



FIG.9

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG.1



FIG.2



FIG.3

PRINTED FOR QBSNGMS
AS ORIGINAL FILED



FIG.4

PRINT OF DRAWINGS
AS ORIGINAL FILED



FIG.5

PRINTED OR DRAWINGS
AS ORIGINALLY FILED



FIG.6

PRINT OF DRAWINGS
AS ORIGINAL FILED



FIG.7

PRINT OF DRAWINGS
AS ORIGINALI    ILED



FIG.8

PRINT OF DRAWINGS
AS ORIGINAL FILED



FIG.9

# TAB
# 2

Express Mail L    . No.                          :torney Docket
EI 837 644 062 US ·                              No. YO996-178A

### IN THE UNITED STATES
### PATENT AND TRADEMARK OFFICE    *Pre- Amdt. #1*
*#2*
*J.L.*

In re the continuation application, filed herewith for Chieu, et al. *8-19-98*
under 37 CFR 1.53(b):

>                    Prior Application
>                    Applicants: Chieu, et al.
>                    Serial Number: 08/720,598
>                    Filing Date: September 30, 1996
>                    Examiner:  Brian Zimmerman
>                    Art Unit: 2735

Attention: Box Patent Application
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

### PRELIMINARY AMENDMENT FOR
### CONTINUATION APPLICATION

Applicant respectfully requests entry of the following amendments:

IN THE SPECIFICATION:

Please enter the following changes to the specification.

On page 1, after the title and before the description, please insert the
following:

--Cross Reference to Related Applications:

*A1*
This application is a continuation of Application Serial No.
08/720,598, filed September 30, 1996, now U.S. Patent 5,777,561,
issued July 7, 1998.--

---

**CERTIFICATE OF MAILING BY EXPRESS MAIL UNDER 37 CFR 1.10**

I hereby certify that, on the date shown below, this PRELIMINARY
AMENDMENT FOR CONTINUATION APPLICATION consisting of five pages is
being deposited with the United States Postal Service (USPS) to be delivered
by the "Express Mail Post Office to Addressee" service of the USPS, Express
Mail Label No. EI 837 644 062 US, addressed to:  Attention: Box Patent
Application, Assistant Commissioner for Patents, Washington, D.C. 20231.

Date:  July _6_, 1998          *John H. Sherman*
                               John H. Sherman, Reg. No. 16,909

Attorney Docket
No. YO996-178A

IN THE CLAIMS:

   Please cancel claims 1-28 without prejudice.

   Please add the following claims:

--29. (New) A method for communicating between a base station and a set of radio frequency RF transponders (Tags) comprising:

  defining a plurality of RF tags into different groups according to ~~the~~ *physical wave characteristic* ~~wave characteristics~~ of the electromagnetic *wave* energy received from the RF tags, and

  communicating with the tags in each defined group.--

--30. (New) A method as in claim 29 wherein at least one defining wave characteristic is the wave amplitude.--

--31. (New) A method as in claim 29 wherein at least one defining wave characteristic is the wave frequency.--

--32. (New) A method as in claim 29 wherein at least one defining wave characteristic is the polarization of the signal.--

--33. (New) A method as in claim 29 wherein at least one defining wave characteristic is the phase shift of a return signal.--

--34. (New) A method as in claim 29 wherein at least one defining wave characteristic is the strength of the signal.--

2

Attorney Docket
No. YO996-178A

--35. (New) A method as in claim 29 wherein at least one defining wave characteristic is the amplitude modulation of the signal.--

--36. (New) A method as in claim 29 wherein at least one defining wave characteristic is the frequency modulation in the signal.--

--37. (New) A method as in claim 29 wherein at least one defining wave characteristic is the wavelength of the signal.--

--38. (New) An RF tag base station comprising

a computer

a transmitter

a receiver, and

at least one antenna,

wherein the RF tag base station communicates with a plurality of RF tags by:

interrogating the RF tags with electromagnetic energy,

grouping the RF tags according to *a physical characteristic of* their responsive electromagnetic signals, and

reading the RF tags in each group.--

3

Attorney Docket
No. YO996-178A

--39. (New) A base station as in claim 38 wherein RF tags are grouped according to the wave amplitudes of their respective return signals.--

--40. (New) A base station as in claim 38 wherein RF tags are grouped according to the wave frequency of their respective return signals.--

--41. (New) A base station as in claim 38 wherein RF tags are grouped according to the polarization of their respective return signals.--

--42. (New) A base station as in claim 38 wherein RF tags are grouped according to the phase shift in their respective return signals.--

--43. (New) A base station as in claim 38 wherein RF tags are grouped according to the strength of their respective signals.--

--44. (New) A base station as in claim 38 wherein RF tags are grouped according to the amplitude modulation of their respective signals.--

--45. (New) A base station as in claim 38 wherein RF tags are grouped according to the frequency modulation in their respective return signals.--

--46. (New) A base station as in claim 38 wherein RF tags are grouped according to the wavelength of their respective return signals.--

--47. (New) An RF tag reading unit comprising

a computer

a transmitter

4

Attorney Docket
No. YO996-178A

a receiver, and

at least one antenna,

wherein the RF tag reading unit communicates with a plurality of RF
tags by:

interrogating the RF tags with electromagnetic energy,

grouping the RF tags according to their responsive
electromagnetic signals, and

reading the RF tags in each group.--

Respectfully submitted,

Dated: July _6_, 1998

John H. Sherman
Reg. No. 16,909
Intermec Technologies Corporation
Legal Department
550 Second Street S.E.
Cedar Rapids, IA  52401
Telephone: (319) 369-3661

5

# TAB
# 3

*receipt*

## PROVISIONAL PATENT APPLICATION
### (Attorney Docket No. YO996-178A)

**IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE**

*B3*

**In re application of**:     Trieu Can Chieu, et al.

**Serial Number:**   09/111,096

**Filed:**  07/06/98

**For:**  "Method For Communicating With RF Transponders"

ATTENTION:      Application Processing Division,
                Customer Correction Branch

Assistant Commissioner for Patents
Washington D.C.  20231

RECEIVED
98 AUG 19 AM 11: 00
GROUP 2700

### REQUEST FOR A CORRECTION TO THE FILING RECEIPT

Please correct the filing receipt to contain the continuing data as claimed by the applicant.   This application is a Continuation of Application No. 08/720,598 filed 09/30/96, now U.S. Patent 5,777,561, issued July 7, 1998, (Attorney Docket No YO996-178).

---

**CERTIFICATE OF MAILING**

I hereby certify that, on the date shown below, this Request for a Correction to the Filing Receipt consisting of two pages, together with a copy of the Filing Receipt with correction inserted, is being deposited with sufficient postage with the United States Postal Service as First Class Mail in an envelope addressed to: ATTENTION: Application Processing Division, Customer Correction Branch, Assistant Commissioner for Patents, Washington D.C. 20231.

Date: August **3**, 1998

*John H. Sherman*
John H. Sherman, Reg. No. 16,909

- 1 -

Attorney Docket No. YO996-178A

**GENERAL AUTHORIZATION UNDER 37 CFR 1.136(a)(3)**

The Patent and Trademark Office is hereby authorized to treat this or any future reply requiring a petition for an extension of time as incorporating a petition for extension of time for the appropriate length of time.

The Patent and Trademark Office is hereby authorized to charge fees under 37 CFR 1.17 to deposit account 14-1190.

Respectfully,

John H. Sherman, Reg. No. 16,909
Legal Department
Intermec Technologies Corporation
550 Second Street SE
Cedar Rapids, IA  52401

**Enclosures:  (1) Copy of the Filing Receipt With Correction Inserted**
**(2) Return Postcard**

- 2 -

PTO-103X
(Rev. 8-95)

**FILING RECEIPT**



**UNITED STATE    EPARTMENT OF COMMERCE**
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/111,096 | 07/06/98 | 2735 | $790.00 | Y0996-178A | 7 | 19 | 3 |

RODNEY T HODGSON
822 PINESBRIDGE ROAD
OSSINING NY 10562

#3

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

**Applicant(s)**

TRIEU CAN CHIEU, SCARSDALE, NY; THOMAS ANTHONY COFINO, RYE, NY; HARLEY KENT HEINRICH, BREWSTER, NY; PAUL JORGE SOUSA, PEABODY, MA; LI-CHENG RICHARD ZAI, OSSINING, NY.

CONTINUING DATA AS CLAIMED BY APPLICANT-

THIS APPLN IS A CON OF  08/720,598  09/30/96 PAT 5,777,561



FOREIGN FILING LICENSE GRANTED 07/24/98
TITLE
METHOD FOR COMMUNICATING WITH RF TRANSPONDERS

PRELIMINARY CLASS: 340

# TAB
# 4



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
            Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/111,098 | 07/06/98 | CHIEU | Y0998-178A |

LM32/1104

```
┌                              ┐
   RODNEY T HODGSON
   822 PINESBRIDGE ROAD
   OSSINING NY 10562
└                              ┘
```

| EXAMINER |
|---|
| ZIMMERMAN, B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2735 | 4 |

DATE MAILED:    11/04/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| **Office Action Summary** | Application No. 09/111,096 | Applicant(s) Chieu |
|---|---|---|
| | Examiner Brian Zimmerman | Group Art Unit 2735 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___1___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *29-47* _____ is/are pending in the application.

  Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☒ Claims *29-47* _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is  ☐approved  ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                    Office Action Summary                    Part of Paper No. __4__

Application/Control Number: 09/111096                                    Page 2

Art Unit: 2735

1.      This application contains claims directed to the following patentably distinct species of the

claimed invention: the different species claimed have to do with the different wave characteristics

used to differentiate, those characteristics are;

      Wave Amplitude                    Claims 30,39

      Wave Frequency                     Claims 31,40

      Polarization of the signal         Claims 32,41

      Phase shift of the response        Claims 33,42

      Strength of the signal             Claims 34,43

      Amplitude modulation of the signal  Claims 35,44

      Frequency modulation of the signal  Claims 36,45

      Wavelength of the signal.          Claims 37,46

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for

prosecution on the merits to which the claims shall be restricted if no generic claim is finally held

to be allowable.  Currently, s 29,38,47 are generic.

Applicant is advised that a reply to this requirement must include an identification of the

species that is elected consonant with this requirement, and a listing of all claims readable thereon,

including any claims subsequently added.  An argument that a claim is allowable or that all claims

are generic is considered nonresponsive unless accompanied by an election.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims

to additional species which are written in dependent form or otherwise include all the limitations

Application/Control Number: 09/111096                                          Page 3

Art Unit: 2735

of an allowed generic claim as provided by 37 CFR 1.141. If claims are added after the election, applicant must indicate which are readable upon the elected species. MPEP § 809.02(a).

Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103(a) of the other invention.

2.    A telephone call was made to John Sherman on 10/29/98 to request an oral election to the above restriction requirement, but did not result in an election being made.

Applicant is advised that the reply to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed (37 CFR 1.143).

3.    Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a petition under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(I).

4.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Brian Zimmerman whose telephone number is (703) 305-4796.