Application/Control Number: 09/111096                                    Page 4

Art Unit: 2735

BaZ

October 29, 1998

BRIAN ZIMMERMAN
PRIMARY EXAMINER

# TAB
# 5

●              ●

1./10/1998  10:41    9147624126           RODNEY T HODGSON PHD          PAGE  01

## Official

FAX RECEIVED

NOV 1 0 1998

Group 2700

1    **CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that the following **attached** correspondence comprising:

**RESPONSE TO EXAMINER'S RESTRICTION REQUIREMENTS**

**AND ELECTION OF SPECIES**

6    is being sent by facsimile transmission to FAX NUMBER 703-305-4716   3988

**Commissioner of Patents and Trademarks**

**Washington, D.C.  20231**

# ATTENTION EXAMINER: BRIAN ZIMMERMAN

on __November 10, 1998__

11

Return phone number 914-762-5248        __Rodney T. Hodgson    Agent # 37,849__

Fax Phone Number 914-762-4126                  (Name of person sending  paper or fee)

Number of Pages 2

16                                        (Signature of person sending paper or fee)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

21

In re application of: Trieu C. Chieu et. al.        November 10, 1998

Serial No.: 09/111,096                   Group No.: 2735

Filed: July 6, 1998                      Examiner: Brian Zimmerman

For: Method for Communicating with RF Transponders

26

Commissioner of Patents and Trademarks

Washington, D.C.  20231


Serial No.  09/111,096        Docket No.  __YO996-178A__                       1

11/10/1998  10:41    9147624126          RODNEY T HODGSON PHD          PAGE  02

## RESPONSE TO EXAMINER'S RESTRICTION REQUIREMENTS
## AND ELECTION OF SPECIES

In response to the Office Action dated 11/04/98 , please amend the above-identified application as follows:

6

**In the claims:**

Cancel Claims 31-37 and 40-47 without prejudice.

11

## REMARKS

Applicant elects the single disclosed species of wave amplitude for examination.  If generic claims 28, 39, and 47 are allowed, applicant will amend the application to reintroduce the canceled claims.

16

Respectfully,

*R Hodgson*

21                    Rodney T. Hodgson   Agent # 37,849

822 Pinesbridge Road,

Ossining, NY 10562.

914-762-5248   (Fax 914-762-4126)

26    e-mail  -  patents@aip.org

Serial No.  09/111,096      Docket No.  YO996-178A                    2

# TAB
# 6



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/111,096 | 07/06/98 | CHIEU          T | Y0996-178A |

LM01/0112

RODNEY T HODGSON
822 PINESBRIDGE ROAD
OSSINING NY 10562

| EXAMINER |
|---|
| ZIMMERMAN,B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2735 | |

**DATE MAILED:**   01/12/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

| *Office Action Summary* | Application No.<br>09/111,096 | Applicant(s)<br>Chieu | |
|---|---|---|---|
| | Examiner<br>Brian Zimmerman | Group Art Unit<br>2735 | |

☒ Responsive to communication(s) filed on *Nov 10, 1998* _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* ____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *29, 30, 38, and 39* _____ is/are pending in the application.

     Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *29, 30, 38, and 39* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

         ☐ received.

         ☐ received in Application No. (Series Code/Serial Number) _____ .

         ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

08/111096                                                                                2
2735

## DOUBLE PATENTING

    1.    The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent

5    and to prevent possible harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

10    A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.  See 37 CFR 1.130(b).

    Effective January 1, 1994, a registered attorney or agent of record may sign a

15    terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

    2.    Claims 29,30,38,39 are rejected under the judicially created doctrine of double

patenting over claims 1-28 of U. S. Patent No. 5777561 since the claims, if allowed,

would improperly extend the "right to exclude" already granted in the patent.

20    The subject matter claimed in the instant application is fully disclosed in the

patent and is covered by the patent since the patent and the application are claiming

common subject matter, as follows: transponder grouping scheme

    Furthermore, there is no apparent reason why applicant was prevented from

presenting claims corresponding to those of the instant application during prosecution

25    of the application which matured into a patent.  See *In re Schneller*, 397 F.2d 350, 158

USPQ 210 (CCPA 1968).  See also MPEP § 804.

08/111096                                                          3
2735

## ART REJECTION

3.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

4.    Claims 29,30,38,39 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Cesar (5673037) in view of either Brophy (4071908) or Cotie (4667193).

Brophy and Cotie both show the claimed polling schemes, however they do not

expressly show such schemes in a RF tag system.  Note that claims 29 and 30 require

that the wave characteristic (amplitude) be used to define groups, the responses in

both Brophy and Cotie read on that limitation.  Also claims 38 and 39 merely require

that the tags are grouped "according the amplitude of the response signal".  This is

broad enough to even include that the received data is used to make the decision.

In analogous art, Cesar shows a RF tag polling scheme which is interested in

grouping of tags to efficiently communicate with all tags.

Therefore, it would have been obvious to one of ordinary skill in the art at the

time of the invention to have utilized the polling scheme of either Brophy or Cotie in the

RF tag system of Cesar to improve communication efficiency.

## OTHER PRIOR ART CITED

The prior art made of record and not relied upon is considered pertinent to

08/111096                                                               4
2735

applicant's disclosure.

## CONTACT INFORMATION

5          Any inquiry concerning this communication or earlier communications
from the examiner should be directed to Brian Zimmerman whose telephone number is
(703) 305-4796.

           Any inquiry of a general nature or relating to the status of this application should
be directed to the Group receptionist whose telephone number is (703) 305-3900.

10
                                        Brian Zimmerman
                                        **Patent Examiner**
                                        **Art Unit 2735**

15         703-305-4796
           January 06, 1999

FORM PTO 948 (REV. 11-97)    U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office    Application No. 09/111096

# NOTICE OF DRAFTPERSON'S
# PATENT DRAWING REVIEW

The drawing filed (insert date) 7/6/98 are:

A. ___ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. ___ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. **DRAWINGS.** 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Color drawing are not acceptable until petition is granted.
   Fig.(s)_____
   ___ Pencil and non black ink is not permitted. Fig(s)_____
2. **PHOTOGRAPHS.** 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   ___ 3 full-tone sets are required. Fig(s)_____
   ___ Photographs not properly mounted (must brystol board or photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. **TYPE OF PAPER.** 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white and durable.
   Fig.(s)_____
   ___ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   ___ Mylar, vellum paper is not acceptable (too thin).
   Fig(s)_____
4. **SIZE OF PAPER.** 37 CFR 1.84(F): Acceptable sizes:
   ___ 21.0 cm by 29.7 cm (DIN size A4)
   ___ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ___ All drawings sheets not the same size.
   Sheet(s)_____
5. **MARGINS.** 37 CFR 18.4(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   ___ Margins not acceptable. Fig(s)_____
   ___ Top (T) ___ Left (L)
   ___ Right (R) ___ Bottom (B)
6. **VIEWS.** CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ___ Views connected by projection lines or lead lines.
   Fig.(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   ___ Brackets needed to show figure as one entity.
   Fig.(s)_____
   ___ Views not labeled separately or properly.
   Fig.(s)_____
   ___ Enlarged view not labeled separately or properly.
   Fig.(s)_____

7. **SECTIONAL VIEWS.** 37 CFR 1.84(h)(3)
   ___ Hatching not indicated for sectional portions of an object.
   Fig.(s)_____
   ___ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s)_____
8. **ARRANGEMENT OF VIEWS.** 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)_____
   ___ Views not on the same plane on drawing sheet. Fig.(s)_____
9. **SCALE.** 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)_____
10. **CHARACTER OF LINES, NUMBERS, & LETTERS.** 37 CFR 1.84(l)
   ___ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
   Fig.(s)_____
11. **SHADING.** 37 CFR 1.84(m)
   ___ Solid black areas pale. Fig.(s)_____
   ___ Solid black shading not permitted. Fig.(s)_____
   ___ Shade lines, pale, rough and blurred. Fig.(s)
12. **NUMBERS, LETTERS, & REFERENCE CHARACTERS.** 37 CFR 1.48(p)
   ___ Numbers and reference characters not plain and legible.
   Fig.(s)_____
   ___ Figure legends are poor. Fig.(s)_____
   ___ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
   ___ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
   ___ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____
13. **LEAD LINES.** 37 CFR 1.84(q)
   ___ Lead lines cross each other. Fig.(s)_____
   ___ Lead lines missing. Fig.(s)_____
14. **NUMBERING OF SHEETS OF DRAWINGS.** 37 CFR 1.48(t)
   ___ Sheets not numbered consecutively, and in Ababic numerals beginning with number 1. Fig.(s)_____
15. **NUMBERING OF VIEWS.** 37 CFR 1.84(u)
   ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s)_____
16. **CORRECTIONS.** 37 CFR 1.84(w)
   ___ Corrections not made from PTO-948 dated ___
17. **DESIGN DRAWINGS.** 37 CFR 1.152
   ___ Surface shading shown not appropriate. Fig.(s)_____
   ___ Solid black shading not used for color contrast.
   Fig.(s)_____

COMMENTS

REVIEWER _Tano_    DATE 7/29/98    TELEPHONE NO. _____

ATTACHMENT TO PAPER NO. 6

PTO COPY

| *Notice of References Cited* | Application No. 09/111,096 | | Applicant(s) Chieu | | |
|---|---|---|---|---|---|
| | Examiner Brian Zimmerman | | Group Art Unit 2735 | | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 4,636,950 | 1/13/87 | Caswell | 340 | 825.54 |
| B | 4,673,932 | 6/16/87 | Ekchain | 340 | 825.54 |
| C | 5,214,410 | 5/25/93 | Verster | 340 | 572 |
| D | 5,410,315 | 4/25/95 | Huber | 342 | 42 |
| E | 5,550,547 | 8/27/96 | Chan | 342 | 42 |
| F | 5,588,005 | 12/24/96 | Ali | 340 | 825.54 |
| G | 5,606,323 | 2/25/97 | Heinrich | 340 | 825.54 |
| H | 5,673,037 | 9/30/97 | Cesar | 340 | 825.54 |
| I | 4,071,908 | 1/31/78 | Brophy | 340 | 825.52 |
| J | 4,667,193 | 5/19/87 | Cotie | 340 | 825.52 |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

# TAB
# 7

03/16/1999  15:00   9147624126                  RODNEY T HODGSON PHD                    PAGE  07

**OFFICIAL**

Docket No. __YO996-178A__

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*Received*

In re application of: Trieu C. Chieu et. al.        March 15, 1999        MAR 1 7 1999,

Serial No.: 09/111,096                          Group No.: 2735        Group 2700

Filed: July 6, 1998                            Examiner: Brian Zimmerman

For: Method for Communicating with RF Transponders

## ASSOCIATE POWER OF ATTORNEY

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

Please recognize   Rodney T. Hodgson   Reg. No. 37,849  as associate agent in the prosecution of the above-identified application for Letters Patent, with full power· to prosecute said application; to make alterations and amendments therein; to receive all notices, communications and said Letters Patent at the address indicated below; and to transact all business in the U.S. Patent and Trademark Office connected therewith.

Direct Telephone and/or FAX Calls to: _Rodney T. Hodgson     (914)762-5248_
(FAX)(914) 762-4126   e-mail  patents@aip.org

IBM IP Law Dept.                    Louis J. Percello,  Registration no. 33206
Box 218,
Yorktown Hts, NY 10598
Phone 914-945-3145

# TAB
# 8

03/16/1999  15:00    91476241,                    RODNEY T HODGSON PHD                    PAGE  01

# OFFICIAL

Received

MAR 1 7 1999

Group 2700

1    **CERTIFICATE OF FACSIMILE TRANSMISSION UNDER 37 CFR 1.8**

I hereby certify that the following **attached** correspondence comprising:

**RESPONSE AND AMENDMENT**

is being sent by facsimile transmission to FAX NUMBER 703-305-3988

**Commissioner of Patents and Trademarks**

6                                **Washington, D.C. 20231**

# ATTENTION EXAMINER: BRIAN ZIMMERMAN

on March 16, 1999

Return phone number 914-762-5248          _Rodney T. Hodgson   Agent # 37,849_

Fax Phone Number 914-762-4126 ·                (Name of person sending paper or fee)

11    Number of Pages 7

(Signature of person sending paper or fee)

16

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Trieu C. Chieu et. al.          March 16, 1999

Serial No.: 09/111,096                          Group No.: 2735

21    Filed: July 6, 1998                          Examiner: Brian Zimmerman

For: Method for Communicating with RF Transponders

Commissioner of Patents and Trademarks

Washington, D.C. 20231

26

### RESPONSE AND AMENDMENT

In response to the Office Action dated 01/12/99 , please amend the above-identified

application as follows:

Serial No. 09/111,096          Docket No. _YO996-178A_                          1

03/16/1999  15:00    91476241'            RODNEY T HODGSON PHD            PAGE  02

1    **In the claims:**

Amend claim 29 by replacing the words "the wave characteristics" with - -a physical wave characteristic- - in lines 3-4, and inserting the word - -wave- - after the word "electromagnetic" in line 4.

Amend claim 38 by inserting the words - - a physical characteristic of - - before the words

6    "their responsive" in line 9.

Add new claims

---

1    48. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the wave frequency.- -

1    - -49. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the polarization of the signal.- -

1    - -50. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the phase shift of a return signal.- -

1    - -51. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the strength of the signal.- -

1    - -52. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the amplitude modulation of the signal.- -

1    - -53. (New Claim) The method of claim 29 wherein at least one defining physical wave

2        characteristic is the wavelength of the signal.- -

1    - -54. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the

2        wave frequency of their respective return signals.- -

Serial No. 09/111,096        Docket No.  YO996-178A                    2.

03/16/1999  15:00    91476241·              RODNEY T HODGSON PHD              PAGE  03

1    --55. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
2      polarization of their respective return signals.- -

1    --56. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
2      phase shift  of their respective return signals.- -

2    --57. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
     strength of their respective return signals.- -

1    --58. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
2      amplitude modulation of their respective return signals.- -

1    --59. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
2      frequency modulation of their respective return signals.- -

1    --60. (New Claim) A base station as in claim 38 wherein RF tags are grouped according to the
2      wavelength of their respective return signals.- -

03/16/1999  15:00    91476241             RODNEY T HODGSON PHD              PAGE  04

1    --61. (New Claim) An RF tag unit reading unit comprising:

2    a computer;

3    a transmitter;

4    a receiver; and

5    at least one antenna;

6    wherein the RF tag reading unit communicates with a plurality of RF tags by:

7           interrogating the RF tags with electromagnetic energy;

8           grouping the RF tags according to a physical characteristic of their responsive

9    electromagnetic signals, and

10          reading the RF tags in each group.--

### REMARKS

11       Claims 29 and 38 have been amended to more definitely claim the invention. The

12   amendment introduces the idea of a "physical" attribute or characteristic to the claims. This is

13   supported in the abstract of the application. New claims 48-60 identical to canceled claims 31-37

14   and 40-46 have been introduced, since Applicant states that generic claim 29 (as amended) is

15   allowable. New claim 61 is canceled claim 47 amended to more definitely claim the invention.

16       Claims 29-30, 38-39 are rejected on double patenting grounds. Examiner has stated that

17   this rejection may be overcome by submitting a terminal disclaimer. Such a disclaimer is attached

18   to this communication, as well as a power of attorney necessary for such a disclaimer. Claims 29-

19   30, 38-39 are hence allowable under double patenting grounds.

Serial No. 09/111,096        Docket No.  YO996-178A                              4

1    Claims 29-30, 38-39 are rejected on 35 U.S.C. 103(a) grounds.  Neither Brophy et al,

2    Cotie et al., nor Cesar et al. mention or suggest grouping the tags in accordance with "a physical

3    wave characteristic of the electromagnetic wave energy received from the RF tags".  Rather, the

4    "tags" select themselves according to a signal sent from the "base station".

5    Applicant states that claims 29 and 38 (as amended) and new claim 61 are patentable over

6    the art cited.  Since claims 29, 38, and 61 are generic and patentable, the dependent claims

7    canceled in the restriction requirement may be reintroduced as claims 48-60 and are themselves

8    allowable since they are dependent on allowable independent claims.

9    An additional fee of $ 110  is required for a one month extension of time and a fee of $110

10   is due for a terminal disclaimer fee.  Please debit  deposit account 8/2240 for this amount.

11   On the basis of the above amendments and remarks, reconsideration of this application and

12   its early allowance is requested.

13   Respectfully,

14   Rodney T. Hodgson   Agent # 37,849

15   822 Pinesbridge Road,

16   Ossining, NY 10562.

17   914-762-5248  (Fax 914-762-4126)

18   e-mail  -  patents@aip.org

# TAB
# 9

03/16/1999  15:00    9147624126                RODNEY T HODGSON PHD                    PAGE   06

ᖴᥱᥴᥱᎥᥣᥱ

MAR 1 7 1999

**OFFICIAL**

PTO/SB/ 26 (10-98)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT** | Docket Number (Optional) *Y0996-178A* |
|---|---|

In re Application of: *Tried C. Chieu et al.*

Application No. *09/111,096*

Filed: *July 6, 1998*

For: *Method of Communicating with RF Transponders*
*International Business Machines Corporation*

     The owner*, ~~International PC~~ *...* of *100* percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No. *5,771,564* . The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

     In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐  For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒  The undersigned is an attorney of record.

| *Ⱶodgson* | *March 16/99* |
|---|---|
| Signature | Date |

*Rodney T. HODGSON*

Typed or printed name

03/23/1999 DSAVOY
Sale Ref: 0000000P
01 FC:148

00000002 082240 09111096
DA#: 082240  09111096
110.00 CH

*terminal disclaimer fee under 37 CFR 1.20(d) included.

*t acct 8/2240 — RTH*

*Certification under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).

Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# TAB
# 10



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
               Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/7 | 8 | | T | Y0996-178A |

|  | EXAMINER |
|---|---|
|  | ZIMMERMAN, b |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2735 | 10 |

DATE MAILED:    05/26/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Notice of Allowability* | Application No. 09/111,096 | Applicant(s) Chieu |
| | Examiner Brian Zimmerman | Group Art Unit 2735 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment and Terminal Disclaimer filed 3/17/99* .

☒ The allowed claim(s) is/are *29, 30, 38, 39, and 48-62* .

☒ The drawings filed on _____ *Jul 6, 1998* _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All  ☐ Some*  ☐ None  of the CERTIFIED copies of the priority documents have been

         ☐ received.

         ☐ received in Application No. (Series Code/Serial Number) _____ .

         ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

     ☐ because the originally filed drawings were declared by applicant to be informal.

     ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

     ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

     ☐ including changes required by the attached Examiner's Amendment/Comment.

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

     ☐ Notice of References Cited, PTO-892

     ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

     ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

     ☐ Notice of Informal Patent Application, PTO-152

     ☐ Interview Summary, PTO-413

     ☐ Examiner's Amendment/Comment

     ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

     ☐ Examiner's Statement of Reasons for Allowance

BRIAN ZIMMERMAN
PRIMARY EXAMINER
ART UNIT 2735





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

RODNEY C. HUNTSER
822 PUBLISHER ROAD
OSSINING NY 10562

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/123,597 | 07/28/98 | | | 08/26/99 |

| First Named Applicant | | | | |
|---|---|---|---|---|

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | | 11/26/99 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.***
***PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN*** ***THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS***
***APPLICATION SHALL BE REGARDED AS ABANDONED.*** ***THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:
I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
    FEE DUE shown above and notify the Patent and
    Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown
    above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of***
***maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance***
***fees when due.***

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)



## PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable fees, to:

Box ISSUE FEE
Assistant Commissioner for Pat
Washington, D.C. 20231

AUG 27 1999

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

### Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

R. T. HODGSON
_(Depositor's name)_

R Hodgson
_(Signature)_

Aug 26, 1999
_(Date)_

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| | | | LUMBERMAN, B | 2735 | 05/26/99 |

First Named Applicant

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 | | | UTILITY | NO | $1210.00 | 08/26/99 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  R. T. HODGSON
2 _____
3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE  Intermec I.P. Corp

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual ☑ corporation or other private group entity ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☑ Issue Fee
☑ Advance Order - # of Copies  10

**4b.** The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER _____
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  R Hodgson

(Date)

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Rodney T. Hodgson, PhD
822 Pinesbridge Road,
Ossining, NY 10562



**Commissioner of Patents and Trademarks,
Washington, DC 20231**

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1997

**Application or Docket Number**

09111096

## CLAIMS AS FILED - PART I

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | | | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 19 | minus 20 = * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = * | x41= | | OR | x82= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | | OR | TOTAL | 790 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * 4 | Minus | ** 20 | = | x$11= | | OR | x$22= | |
| Independent | * 2 | Minus | *** 3 | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * 18 | Minus | ** 20 | = | x$11= | | OR | x$22= | |
| Independent | * 3 | Minus | *** 3 | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)    \*U.S. Government Printing Office: 1997 - 430-571/69194    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

STAPLE         AREA

☆U.S.G. ...NT PRINTING OFFICE 1997-422-215

| PATENT NUMBER | ORIGINAL CLASSIFICATION | |
|---|---|---|
| | CLASS | SUBCLASS |
| | 340 | 825.54 |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | |
|---|---|---|
| 09/111096 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| APPLICANT'S NAME (PLEASE PRINT) | 342 | 42 |
| Chiev | | |

IF REISSUE, ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION | |
|---|---|
| H 0 4 Q | 1/00 |

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| 2755 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) Brian Zimmerman |

PTO 270 (REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

# SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 340 | 825.54 | 1/6/98 | BZ |
|  | 572.1 |  |  |
| 342 | 42 |  |  |
| 340 | 825.52 |  |  |
| updat | serch | 5/25/99 |  |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| see parent | 5/25/99 | BZ |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| search | Above | 5/25/99 | BZ |

(RIGHT OUTSIDE)