## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Appendix of Exhibits in Support of Symbol's Claim Construction* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
>Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on July 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

>***By FedEx***
>
>Frederick A. Lorig, Esquire
>Bruce R. Zisser, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071
>
>Carson Veach, Esquire
>Leland W. Hutchinson, Jr., Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Driver
>Suite 3000
>Chicago, IL 60606

>_____/s/ Karen L. Pascale_____
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>  *Attorneys for Defendant-Counterclaimant*
>  *Symbol Technologies, Inc.*