IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-357 (GMS) |
| | ) | |
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF PIYUSH SODHA

TO:   Karen L. Pascale, Esquire                    Eric J. Lobenfeld, Esquire
      Bouchard, Margules & Friedlander             Hogan & Hartson
      222 Delaware Avenue, Suite 1400              875 Third Avenue
      Wilmington, DE  19801                        New York, NY  10022

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Intermec IP Corp., through their attorneys, will take the deposition upon oral examination of Piyush Sodha, beginning at 9:00 a.m. on August 23, 2005, at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

                MORRIS, NICHOLS, ARSHT & TUNNELL

                */s/ Jack B. Blumenfeld*
                ———————————————————
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                James W. Parrett, Jr. (#4292)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  Attorneys for Plaintiff

<u>OF COUNSEL</u>:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 360-6000

July 29, 2005

## CERTIFICATE OF SERVICE

I, James W. Parrett Jr., hereby certify that on July 29, 2005 I electronically filed the foregoing Notice Of Deposition Of Piyush Sodha with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801

I also certify that copies were caused to be served on July 29, 2005, upon the following in the manner indicated:

### BY HAND

> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Eric J. Lobenfeld, Esquire
> Hogan & Hartson
> 875 Third Avenue
> New York, NY  10022

> */s/ Jack B. Blumenfeld (#1014)*
> _____
> Morris, Nichols, Arsht & Tunnell
> James W. Parrett, Jr. (#4292)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> jblumenfeld@mnat.com