IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-357 (GMS) |
| | ) | |
| SYMBOL TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND NOTICE OF DEPOSITION OF SYMBOL TECHNOLOGIES INC.
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO:   Karen L. Pascale, Esquire          Eric J. Lobenfeld, Esquire
      Bouchard, Margules & Friedlander    Hogan & Hartson
      222 Delaware Avenue, Suite 1400     875 Third Avenue
      Wilmington, DE  19801               New York, NY  10022

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Intermec IP Corp. ("Intermec"), by its attorneys, will take the deposition upon oral examination of Symbol Technologies Inc. ("Symbol"), by one or more officers, directors, managing agents or other persons who consent to testify on its behalf concerning the topics listed on Exhibit A hereto. The deposition will commence on August 18, 2005, at 9:30 a.m., at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, DE 19801, or at such other time and place as shall be agreed upon by the parties or ordered by the Court, and will continue from day-to-day until concluded.

Symbol is requested to identify by August 10, 2005, the person or persons who will be designated to testify on its behalf. The deposition will take place before a notary public

or other person authorized by law to administer oaths, and will be recorded stenographically and/or by videotape.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    */s/ Jack B. Blumenfeld*
                                  Jack B. Blumenfeld (#1014)
                                  Rodger D. Smith II (#3778)
                                  James W. Parrett (#4292)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  (302) 658-9200
                                    Attorneys for Plaintiff Intermec IP Corp.

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 360-6000

July 29, 2005

476534

## **EXHIBIT A**

1.  For each Symbol RFID tag, including those identified in Symbol's responses to Intermec's Interrogatory No. 13:

    (a) an identification and description of the antenna used on each tag;

    (b) an identification and description of the circuit chip used on each tag;

    (c) an identification and description of the substrate of each tag;

    (d) the design of each tag;

    (e) the component layout of each tag;

    (f) the material used in the fabrication of each tag;

    (g) the fabrication of each tag; and

    (h) the manufacture of each tag.

2.  For each Symbol RFID tag, including those identified in Symbol's response to Intermec's Interrogatory No. 13:

    (a) the operation of each tag, including applications for which the tag was designed;

    (b) the functionality of the circuit chip used in each tag;

    (c) the function of the tag oscillator circuit;

    (d) the manner in which the tag oscillator frequency is determined;

    (e) the manner in which the tag modulation frequency is determined; and

    (f) the manner in which the tag is powered.

3.  For each Symbol RFID reader, including those identified in Symbol's response to Intermec's Interrogatory No. 13:

    (a) the operation of each reader, including applications for which the reader was designed;

    (b) the functional components of each reader;

    (c) the protocol or protocols each reader uses to communicate with tags;

    (d) a description of information communicated from each reader to the tags;

  (e)  the manner in which each reader reads multiple tags;

  (f)  the Symbol RFID tags to which each reader can communicate;

  (g)  the carrier frequency of each RF reader; and

  (h)  the modulation used by each reader for communication with tags.

 4. For each Symbol RFID tag, including those identified in Symbol's response to Intermec's Interrogatory No. 13 that is provided with a label having a bar code:

  (a)  information stored in the tag memory; and

  (b)  information encoded on the bar code label and its relationship to the information stored in the tag memory.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2005, I caused to be electronically filed Second Notice of Deposition of Symbol Technologies Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801

I also certify that copies were caused to be served on July 29, 2005, upon the following in the manner indicated:

**BY HAND**

> Karen L. Pascale, Esquire
> Bouchard, Margules & Friedlander
> 222 Delaware Avenue
> Suite 1400
> Wilmington, DE  19801

**BY FACSIMILE**

> Eric J. Lobenfeld, Esquire
> Hogan & Hartson
> 875 Third Avenue
> New York, NY  10022

> */s/ Jack B. Blumenfeld (#1014)*
> _____
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com