IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-CV-357 (GMS) ) ) ) ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Connolly Bove Lodge & Hutz LLP is substituted for the law firm of Bouchard Margules & Friedlander, P.A. as counsel for the defendant, Symbol Technologies, Inc. The admissions *pro hac vice* for Symbol are unchanged.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Kevin F. Brady (#2248)
 [KBrady@cblh.com]
Arthur G. Connolly, III (#2667)
 [AConnollyIII@cblh.com]
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 658-9141

BOUCHARD, MARGULES & FRIEDLANDER, P.A.

/s/ Karen L. Pascale
Andre G. Bouchard (#2504)
 [abouchard@bmf-law.com]
Karen L. Pascale (#2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
 (302) 573-3500

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
    Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
    MORRIS NICHOLS ARSHT & TUNNELL
    1201 N. Market Street
    Wilmington, DE 19801

I further certify that on August 5, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *Via E-mail and Hand Delivery*

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
[AConnollyIII@cblh.com]

### *Via E-mail and FedEx*

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
[florig@brightlorig.com]
[bzisser@brightlorig.com]

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Driver
Suite 3000
Chicago, IL 60606
[cveach@freebornpeters.com]
[lhutchinson@freebornpeters.com]
[jfitzgerald@freebornpeters.com]

/s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
  *Attorneys for Defendant,*
  *Symbol Technologies, Inc.*