IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) SYMBOL TECHNOLOGIES, INC., ) a Delaware corporation, ) ) Defendant. ) | Civil Action No. 04-CV-357 (GMS) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Symbol Technologies, Inc. ("Symbol"), by and through its attorneys, will take the depositions upon oral examination of the following deponents, before a qualified notary public, commencing at the time and on the date set forth below, at the offices of Connolly, Bove, Lodge & Hutz, L.L.P., 1007 North Orange Street, Wilmington, DE 19801 or at such other time and place as the parties agree, and continuing from day to day thereafter until completed.

| **Deponent** | **Date and Time** |
|---|---|
| Tom Miller | August 19, 2005 at 9:30 a.m. |
| Steve Winter | August 22, 2005 at 9:30 a.m. |
| Mike Wills | August 23, 2005 at 9:30 a.m. |
| Mark Timms | August 24, 2005 at 9:30 a.m. |
| Chris Kelley | August 25, 2005 at 9:30 a.m. |
| John Sherman | August 26, 2005 at 9:30 a.m. |
| Harley Kent Heinrich | August 26, 2005 at 9:30 a.m. |
| H. Sprague Ackley | August 29, 2005 at 9:30 a.m. |

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the method by which testimony shall be recorded will be by stenographic transcription and/or by videotape. You are invited to attend and cross-examine.

        CONNOLLY BOVE LODGE & HUTZ LLP

        /s/Arthur G. Connolly, III
        Kevin F. Brady (#2248)
        Arthur G. Connolly, III (#2667)
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE 19801
        (302) 658-9141

        *Attorneys for Defendant*
        *Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
Jaasi J. Munanka
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2005, true and correct copies of the foregoing were served on the following counsel of record for Defendant in the manner indicated:

**By Hand Delivery**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**By FedEx**
Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)