IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-357 (GMS) |
| ) | |
| SYMBOL TECHNOLOGIES INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION OF JOHN G. BRUNO

TO:   Arthur G. Connolly, III          Eric J. Lobenfeld, Esquire
      Connolly, Bove, Lodge & Hutz LLP  Hogan & Hartson
      The Nemours Building              875 Third Avenue
      1007 N. Orange Street             New York, NY  10022
      P.O. Box 2207
      Wilmington, DE  19899

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Intermec IP Corp., through its attorneys, will take the deposition upon oral examination of John G. Bruno, beginning at 9:00 a.m. on September 8, 2005, at the offices of Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          */s/ Jack B. Blumenfeld (#1014)*
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          James W. Parrett, Jr. (#4292)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                            Attorneys for Plaintiff

<u>OF COUNSEL</u>:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson P. Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
(312) 360-6000

August 9, 2005

#478061

- 2 -

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on August 9, 2005 I electronically filed the foregoing Notice Of Deposition Of John G. Bruno with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Arthur G. Connolly, III
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

I also certify that copies were caused to be served on August 9, 2005, upon the following in the manner indicated:

**BY HAND**

> Arthur G. Connolly, III
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

**BY FEDERAL EXPRESS**

> Eric J. Lobenfeld, Esquire
> Hogan & Hartson
> 875 Third Avenue
> New York, NY  10022

> */s/ Jack B. Blumenfeld (#1014)*
> Jack B. Blumenfeld (#1014)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> jblumenfeld@mnat.com