## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP.,                )
a Delaware corporation,           )
                                  )
                Plaintiff,        )
                                  )
        v.                        )          Civil Action No. 04-CV-357 (GMS)
                                  )
SYMBOL TECHNOLOGIES, INC., )
a Delaware corporation,           )
                                  )
                Defendant.        )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Symbol Technologies, Inc., in this matter:

Robert E. Sokohl
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-2600
Fax: (202)371-2540
E-mail: RSOKOHL@skgf.com

CONNOLLY BOVE LODGE & HUTZ LLP

August 11, 2005                   ___/s/ Arthur G. Connolly, III_____
                                  Kevin F. Brady (#2248)
                                  Arthur G. Connolly, III (#2667)
                                  The Nemours Building
                                  1007 North Orange Street
                                  Wilmington, DE 19801
                                  (302) 658-9141
                                  *Attorneys for Defendant, Symbol Technologies, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of August 2005, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Robert E. Sokohl
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-2600
Fax: (202)371-2540
E-mail: RSOKOHL@skgf.com

Dated: August 10, 2005

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 11, 2005, I caused to be electronically filed a true and correct copy of the foregoing Motion and Order for Admission *Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801
> [jblumenfeld@mnat.com]

I further certify that on August 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

> ### *By FedEx*
>
> Frederick A. Lorig, Esquire
> Bruce R. Zisser, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071
>
> Carson Veach, Esquire
> Leland W. Hutchinson, Jr., Esquire
> Jennifer Fitzgerald, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL 60606

>     /s/ Arthur G. Connolly, III
> CONNOLLY BOVE LODGE & HUTZ LLP
> Kevin F. Brady (#2248)
> Arthur G. Connolly, III (#2667)
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801
> (302) 658-9141
> *Attorneys for Defendant, Symbol Technologies, Inc.*