IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 04-357-GMS |
| SYMBOL TECHNOLOGIES, INC. a Delaware corporation, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Intermec's Third Set of Requests to Symbol for the Production of Documents and Things were caused to be served on August 17, 2005 upon the following in the manner indicated:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Eric J. Lobenfeld
Hogan & Hartson
875 Third Avenue
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ James W. Parrett, Jr.
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jparrett@mnat.com
  *Attorneys for Plaintiff*
  *Intermec IP Corp.*

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

August 17, 2005

445443

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on August 17, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Arthur G. Connolly, III
> Connolly, Bove, Lodge & Hutz LLP

I also certify that copies were caused to be served on August 17, 2005 upon the following in the manner indicated:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Eric J. Lobenfeld, Esquire
Hogan & Hartson
875 Third Avenue
New York, NY  10022

/s/ James W. Parrett, Jr. (#4292)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jparrett@mnat.com