IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-357 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that paragraph 7(h) of the Stipulated Protective Order entered on March 1, 2005 (D.I. 40) is amended to substitute the following outside counsel of record for defendant Symbol in place of Bouchard Margules & Friedlander, P.A.:

>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
  Attorneys for Plaintiff Intermec IP Corp.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III (#2667)
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
Wilmington, Delaware 19899
(302) 658-9141
  Attorneys for Defendant Symbol Technologies, Inc.

SO ORDERED this _____ day of August, 2005

_____
United States District Judge

\\\NY - 21107/0018 - 907481 v1