# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

August 19, 2005

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re: Intermec IP Corp. v. Symbol Technologies, Inc. C.A. No. 04-357-GMS

Dear Judge Sleet:

Enclosed is a proposed stipulation to amend the Scheduling Order to extend the cut off dates for fact and expert discovery and the dates for opening and rebuttal expert reports. The reason for this stipulation is that the parties are continuing to produce documents and the requested extensions are needed to give the parties sufficient time to complete discovery. The proposed changes do not affect any dates involving the Court.

If the Court has any questions, we would be happy to address them in a teleconference.

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld

Enclosure

cc: Peter T. Dalleo, Clerk (By Hand)
    Arthur G. Connolly, III, Esquire (By Hand)
    Eric J. Lobenfeld, Esquire (By Fax)
    Frederick A. Lorig, Esquire (By Fax)
    Carson Veach, Esquire (By Fax)