IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-357-GMS |
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the February 8, 2005 Scheduling Order (D.I. 26) in this matter is amended as follows. All other dates in the Scheduling Order remain unchanged.

5. <u>Discovery.</u> Each side will be permitted to take up to 140 hours of fact depositions. All fact discovery in this case shall be initiated so that it will be completed on or before October 14, 2005. Expert discovery in this case shall be initiated so that it will be completed on or before December 9, 2005. Opening expert reports shall be served by October 24, 2005, and rebuttal reports shall be served by November 18, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika (#3208) | /s/ Arthur G. Connolly, III (#2667) |
| Jack B. Blumenfeld (#1014) | Kevin F. Brady (#2248) |
| Maryellen Noreika (#3208) | Arthur G. Connolly, III (#2667) |
| 1201 N. Market Street | 1007 N. Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 658-9141 |
| Attorneys for Plaintiff Intermec IP Corp. | Attorneys for Defendant Symbol Technologies, Inc. |

SO ORDERED this _____ day of August, 2005

_____
United States District Judge