IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) SYMBOL TECHNOLOGIES, INC., ) a Delaware corporation, ) ) Defendant. ) | Civil Action No. 04-CV-357 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **DEFENDANT SYMBOL TECHNOLOGIES, INC.'S FOURTH SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO INTERMEC IP CORP.** were served on August 25, 2005 upon counsel of record as follows:

**By Hand Delivery:**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT &TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**By FedExpress:**
Fredric A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

**By FedExpress:**
Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

CONNOLLY BOVE LODGE & HUTZ LLP

  /s/Arthur G. Connolly, III
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

*Attorneys for Defendant*
*Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
Jaasi J. Munanka
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2005, true and correct copies of the foregoing were served on the following counsel of record for Defendant in the manner indicated:

***By Hand Delivery***
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

***By FedEx***
Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)