IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYMBOL TECHNOLOGIES, INC., <br> a Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-357 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.'S RESPONSES TO INTERMEC'S SUBPOENA COMMANDING THE PRODUCTION OF DOCUMENTS AND THINGS TO INTERMEC IP CORP.** were served on August 26, 2005 upon counsel of record as follows:

**By Hand Delivery:**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT &TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**By FedEx:**
Fredric A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

**By FedEx:**
Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

CONNOLLY BOVE LODGE & HUTZ LLP

 /s/Arthur G. Connolly, III
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141

*Attorneys for*
*Sterne, Kessler, Goldstein & Fox, P.L.L.C..*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
Jaasi J. Munanka
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York  10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2005, true and correct copies of the foregoing were served on the following counsel of record for Defendant in the manner indicated:

**By Hand Delivery**
Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**By FedEx**
Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Jr., Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)