IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYMBOL TECHNOLOGIES, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. )<br>) | C.A. No. 04-357-GMS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and a settlement agreement entered into by the parties, it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Arthur G. Connolly, III (#2667)* |
| Jack B. Blumenfeld (#1014) | Kevin F. Brady (#2248) |
| Maryellen Noreika (#3208) | Arthur G. Connolly, III (#2667) |
| 1201 N. Market Street | 1007 N. Orange Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 658-9200 | (302) 658-9141 |
|   Attorneys for Plaintiff Intermec IP Corp. |   Attorneys for Defendant Symbol Technologies, Inc. |

SO ORDERED this ___ day of September, 2005.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 9, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III; Eric J. Lobenfeld; Shana J. Krupp; Ira J. Schaefer; Tedd W. Van Buskirk; Arlene L. Chow; Robert J. DeMento; Allison J. Schoenthal and Rodger D. Smith, II.

I also certify that copies were caused to be served on September 9, 2005 upon the following in the manner indicated:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com