IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYMBOL TECHNOLOGIES, INC., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | C.A. No. 04-357-GMS |

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and a settlement agreement entered into by the parties, it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL        CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jack B. Blumenfeld (#1014)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200
  Attorneys for Plaintiff Intermec IP Corp.

/s/ Arthur G. Connolly, III (#2667)
Kevin F. Brady (#2248)
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
Wilmington, Delaware 19899
(302) 658-9141
  Attorneys for Defendant Symbol Technologies, Inc.

SO ORDERED this 26th day of September, 2005.

_____
United States District Judge