CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00357-GMS
### Internal Use Only

| | |
|---|---|
| INTERMEC IP CORP. v. SYMBOL TECHNOLOGIES, INC. | Date Filed: 06/07/2004 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 830 Patent |
| Related Case: 1:06-cv-00411-GMS | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Intermec IP Corp.**　　　　　　　　　　represented by　**Jack B. Blumenfeld**
*a Delaware corporation*
　　　　　　　　　　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell
　　　　　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jbbefiling@mnat.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Rodger Dallery Smith, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell
　　　　　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rdsefiling@mnat.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Matrics Inc.**　　　　　　　　　　　　represented by　**Frederick L. Cottrell, III**
*a Delaware corporation*　　　　　　　　　　　　　　Richards, Layton & Finger
*TERMINATED: 04/25/2005*　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 551
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-6541
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: cottrell@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/21/2004*
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

        **Karen L. Pascale**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
302-571-6600
Email: kpascale@ycst.com
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Symbol Technologies, Inc.**  represented by  **Arthur G. Connolly, III**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
(See above for address)
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison J. Schoenthal**
Pro Hac Vice
Email: ajschoenthal@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Arlene L. Chow**
Pro Hac Vice
Email: alchow@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Eric J. Lobenfeld**
Pro Hac Vice
Email: ejlobenfeld@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Ira J. Schaefer**
Pro Hac Vice
Email: ijschaefer@hhlaw.com
*ATTORNEY TO BE NOTICED*

        **Robert J. DeMento**
Pro Hac Vice
Email: rjdemento@hhlaw.com
*ATTORNEY TO BE NOTICED*

        **Shana J. Krupp**
Pro Hac Vice
Email: SJKrupp@hhlaw.com
*ATTORNEY TO BE NOTICED*

        **Tedd W. Van Buskirk**
Pro Hac Vice
Email: twvanbuskirk@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Matrics Inc.**　　　　　　　　　　　represented by　**Frederick L. Cottrell, III**
*TERMINATED: 04/25/2005*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 10/28/2004*
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Intermec IP Corp.**　　　　　　　　represented by　**Jack B. Blumenfeld**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Matrics Inc.**　　　　　　　　　　　represented by　**Frederick L. Cottrell, III**
*TERMINATED: 04/25/2005*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/21/2004*
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

        **Karen L. Pascale**
(See above for address)
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Intermec IP Corp.**　　　　　　　　represented by　**Jack B. Blumenfeld**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Symbol Technologies, Inc.**          represented by   **Arthur G. Connolly, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
(See above for address)
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Symbol Technologies, Inc.**          represented by   **Arthur G. Connolly, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
(See above for address)
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Intermec IP Corp.**
*a Delaware corporation*

**Counter Claimant**

**Intermec IP Corp.**
*a Delaware corporation*

V.

**Counter Defendant**

**Symbol Technologies, Inc.**          represented by   **Arthur G. Connolly, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
(See above for address)
*TERMINATED: 08/19/2005*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Symbol Technologies, Inc.** | represented by | **Arthur G. Connolly, III** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Intermec IP Corp.**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136276 (els) (Entered: 06/07/2004) |
| 06/07/2004 | | DEMAND for jury trial by Intermec IP Corp. (els) (Entered: 06/07/2004) |
| 06/07/2004 | | SUMMONS(ES) issued for Matrics Inc. (els) (Entered: 06/07/2004) |
| 06/07/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Intermec IP Corp. (els) (Entered: 06/07/2004) |
| 06/07/2004 | 3 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 5,912,632; 5,528,222; 5,995,019; 6,371,375 (els) (Entered: 06/07/2004) |
| 06/08/2004 | 4 | RETURN OF SERVICE executed as to Matrics Inc. 6/8/04 Answer due on 6/28/04 for Matrics Inc. (dab) (Entered: 06/09/2004) |
| 06/08/2004 | | **Reset last document number to 4 (dab) (Entered: 06/09/2004) |
| 06/16/2004 | 5 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 06/16/2004) |
| 06/28/2004 | 6 | STIPULATION with proposed order to Extend time to 7/12/04 for the Defendant to file an answer to the complaint (asw) (Entered: 06/29/2004) |
| 07/02/2004 | | So Ordered granting [6-1] stipulation ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 07/02/2004) |
| 07/02/2004 | | Deadline updated; reset Answer deadline to 7/12/04 for Matrics Inc. (asw) (Entered: 07/02/2004) |
| 07/12/2004 | 7 | STIPULATION with proposed order to Extend Time to 7/13/04 for the Defendant to file an answer to the complaint (asw) (Entered: 07/13/2004) |
| 07/13/2004 | 8 | ANSWER to complaint and COUNTERCLAIM by Matrics Inc. (Attorney Frederick Cottrell ) against Intermec IP Corp. (afb) (Entered: 08/18/2004) |

|            |     |                                                                                                                                                                                                                                                                                                                                  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 02/08/2005)                                                                                                                                                                                                                                                      |
| 02/08/2005 |     | So Ordered granting [35-1] stipulation. ( signed by Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 02/08/2005)                                                                                                                                                                                                  |
| 02/22/2005 | 39  | [SEALED]ANSWERING BRIEF in Opposition re [31] Motion to Dismiss filed by Intermec IP Corp.Reply Brief due date per Local Rules is 3/1/2005. (asw ) Modified on 2/23/2005 (asw, ). (Entered: 02/23/2005)                                                                                                                           |
| 02/22/2005 | 40  | STIPULATED Protective Order filed by Intermec IP Corp., Matrics Inc. (asw ) (Entered: 02/25/2005)                                                                                                                                                                                                                                |
| 02/24/2005 | 41  | NOTICE OF SERVICE of Responses to Intermec's First Set of Interrogatories, and Responses to Intermec's First Set of Requests for the Production of Documents and Things by Matrics Inc.(asw ) (Entered: 02/25/2005)                                                                                                              |
| 02/28/2005 | 42  | NOTICE OF SERVICE of Responses to Matrics' First Set of Interrogatories and Responses to Matrics' First Set of Requests for Production of Documents and Things by Intermec IP Corp.(asw ) (Entered: 02/28/2005)                                                                                                                  |
| 02/28/2005 | 43  | NOTICE OF SERVICE of Responses to Matrics' Second Set of Requests for Production of Documents and Things by Intermec IP Corp..(dab, ) (Entered: 02/28/2005)                                                                                                                                                                      |
| 03/01/2005 |     | SO ORDERED, re [40] Stipulation filed by Intermec IP Corp., Matrics Inc., . Signed by Judge Gregory M. Sleet on 3/1/05. (asw, ) (Entered: 03/01/2005)                                                                                                                                                                            |
| 03/08/2005 | 44  | REPLY BRIEF re [31] Motion to Dismiss *Defendant Matrics' Reply Brief in Support of its Motion to Dismiss in Part Pursuant to Rule 12(b)(6), or in the Alternative, to Substitute Symbol Technologies, Inc. as a Party Defendant Under Rule 25(c)* filed by Matrics Inc.. (Attachments: # 1 Exhibit Tab 1 to Reply Brief# 2 Exhibit Tab 2 to Reply Brief# 3 Exhibit Tab 3# 4 Exhibit Tab 4)(Pascale, Karen) (Entered: 03/08/2005) |
| 03/08/2005 | 45  | REQUEST for Oral Argument by Matrics Inc. re [31] Motion to Dismiss. (Pascale, Karen) (Entered: 03/08/2005)                                                                                                                                                                                                                      |
| 03/11/2005 | 46  | NOTICE OF SERVICE of Intermec's Responses to Matrics' Second Set of Requests for Production of Documents and Things by Intermec IP Corp..(Smith, Rodger) (Entered: 03/11/2005)                                                                                                                                                   |
| 03/15/2005 | 47  | Letter to Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding Withdrawing opposition to Matrics' motion to substitute Symbol Technologies as the defendant re [31] Motion to Dismiss. (Blumenfeld, Jack) (Entered: 03/15/2005)                                                                                          |
| 03/17/2005 | 48  | NOTICE of Subpoena Duces Tecum Directed to International Business Machines Corporation by Matrics Inc. (Attachments: # 1 Exhibit Subpoena Duces Tecum)(Pascale, Karen) (Entered: 03/17/2005)                                                                                                                                     |
|            |     |                                                                                                                                                                                                                                                                                                                                  |